CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 31 2023

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **JERRY L. FALWELL, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) Civil Action No.: 6:23-cv-11 |
| | ) |
| v. | ) |
| | ) |
| **LIBERTY UNIVERSITY, INC.,** *et al.*, | ) By: Hon. Robert S. Ballou |
| | ) United States District Judge |
| **Defendants.** | ) |

## ORDER

This is an action seeking benefits under the provisions of an employee benefit plan pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001–1461 ("ERISA"). To address the issues raised in this action, the court must have before it the information integral to its decisional process, including the administrative record of the denial of benefits and the plaintiff's appeal. See <u>Booth v. Wal-Mart Stores, Inc. Assoc. Health and Welfare Plan</u>, 201 F.3d 335, 342-342 (4th Cir. 2000); <u>Colburn v. Hickory Springs Mfg. Co.</u>, No. 5:19cv139, 2020 WL 7129935 (E.D.N.C. Dec. 4, 2020); accordingly, the court **ORDERS** as follows:

1. Liberty University and the Executive Committee of Liberty's Board of Trustees as the benefit plan administrator or fiduciary must file the administrative record with the court and serve a copy on plaintiff's counsel within 30 days from the date of this order.

2. Both parties have already moved for summary judgment in their respective favor based upon the administrative record. Accordingly, the parties have 30 days after the

administrative record is filed with the court to simultaneously supplement their respective briefs in support of summary judgment, should either party wish to do so. Each party shall have 15 days to file a response to the opposing party's supplemental brief.

    Entered: July 31, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge