Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

**1**

CAMPUS COMMUNITY @ LIBERTY UNIVERSITY

August 26, 2020

7:45 p.m.

Job: 338920

Pages: 1 - 74

Transcribed by:  Steph Mistele

**2**

PROCEEDINGS

DAVID NASSER: Liberty University, how are you tonight? You doing well? Well, I just want to say before we get going that it is such an honor for me to get to introduce to you at this moment, our president. It is just a blessing to me to know that he wanted to be here with us tonight. He wanted to worship with us tonight, sit under God's teaching tonight, and he gets to open us up in prayer.

This is probably the first time many of you are going to get to meet Dr. Prevo. It won't be the last. He's going to be all over campus. He wants to meet you, have lunch with you. He and his wife are a whole lot of fun. You're going to really love this brother in Christ. He's been a pastor for a long time. He's a trued and tried-- just, you know, pastor at heart.

And so, I don't know about you, but I'm so grateful that he took this on in this particular season of his life. Come on. Let's stand up and honor him. Let's give it up for Dr. Prevo. President Prevo, come on up.

**3**

DR. JERRY PREVO: Thank you. You may be seated. We're glad you're here tonight. It's an honor for me to be here for our campus community. And by the way, you're the first group to be here in this stadium since last November, so you're an honored group tonight. You really are.

Now, the next group that we hope to be on this field is sitting right over here, and I'd like for all of our football team to stand up. Let's give them a big hand. Stand up guys and gals. You're going to be winners this year, right? If anybody will play you with this-- thank you -- with this COVID situation. We're not sure how many games we're going to get to have in here.

How many are here from Alaska? Anybody here from Alaska? Where are you? Stand up and-- I'm from Alaska. Don't be afraid of Alaska-- ashamed of it. One, two, three. Where? All right. Great.

How many Texans are here tonight? Stand up and holler. All right. Now all you Texans better treat me right and be nice to me. What's the second largest state in the union? Texas, right? Yeah. Alaska's the

**4**

biggest. And if you Texans don't treat me right, we're going to go back to Alaska, divide it into two states, and then Texas will be only the third largest state. I think Texas deserves that, don't you? No, Texas is a good place to be from.

Today I was out by the big tower. I was with some students there, and I wonder if they're here tonight. Are they here tonight? They better be here tonight. Where are that group? Help me look around. Where are those young students that-- freshman that were out on the-- they better be here. Where are they? Stand up and holler. Anybody see them? Well, if they're not here, I'm going to get them. They promised me they were going to be here. I don't see them anyplace.

Well, again, we're from Alaska. We're honored to be here and serve as your president now, and we're going to have an exciting time this year. We're going to have a lot of fun. We're going to have a good time. I hope that you'll feel free to come up and speak to me. I saw some students today that were kind of looking and going around. You come up and shake my

LUADMINREC000406

Transcript of Campus Community at Liberty University

2 (5 to 8)

Conducted on August 26, 2020

5

1 hand. We'll get our picture made together, and I'll
2 try and find out your name.
3    But I want you to meet a very special person in
4 my life. It's my wife. She's sitting way up there. I
5 don't know why they put her that far up. Stand up,
6 Carol (phonetic). Stand up. Come on. Stand up. There
7 she is.
8    Let me tell you how we met. She's going to kill
9 me for this, all right? We were at the last day of
10 high school. They were-- all of us-- the graduating
11 class and seniors were going to go to a park and have
12 a big event. Me and my buddy, we were sitting out in
13 the parking lot and we were trying to find out who
14 were we going to-- what girls were we going to invite
15 to go with us?
16    So, we sat there and all of them come out this
17 door. We were looking, this one, this one. And
18 finally, I looked over at my buddy and I said,
19 "Listen. There's two girls coming out. I think
20 they're the last two." And I looked at him and I
21 said, "You can have this one, I'm going to take this
22 one," and this one was that little girl you see up

6

1 there. And we became sweethearts in the sophomore
2 year and we've been married now-- 56 years she's put
3 up with me.
4    Glad to see you here tonight for Campus
5 Community. Of course, you realize why we can't fill
6 this thing up, which we probably would have-- almost
7 fill it up. And one girl I was talking to today out
8 in the lawn, she said, "I didn't register in time. I
9 can't go tonight." And I thought maybe I could slip
10 her in-- in fact, I see an empty seat or two down
11 there. I should've brought her anyway.
12    Well, I hope you're here tonight to worship the
13 Lord and have a good time. And the Lord-- and I
14 believe you are, or you wouldn't be here tonight.
15    Let me just ask one more question. How many
16 freshmen do we have here tonight? Stand up. This is
17 your first year at Liberty University. All of the
18 rest of you, give them a big hand. Thank you.
19    Now, I want to encourage you to do this. When
20 you see a student out walking by themselves, I want
21 you to go up to them and say, "What's your name?"
22 Because some of you are new here tonight. You don't

7

1 have any friends yet, and I want you that have
2 friends, when you see a student by themselves and it
3 looks they don't have any friends with them,
4 that you'll (inaudible) and introduce yourself and be
5 a friend to them. Can I-- can I expect you to do
6 that? All right. If I can expect you to do that, give
7 a big hand tonight, would you please? (applause).
8    All right, let's bow our heads together tonight
9 for a word of prayer. I want to pray for each of you.
10 I'm so glad you chose Liberty University. You're
11 going to have a wonderful experience. We're going to
12 train you to be a champion in your vocational field.
13 But more important than that, we're going to train
14 you to be the spiritual leader and connecting with
15 the Lord Jesus Christ and be a champion Christian.
16 Let's bow our heads for prayer.
17    Dear Lord, tonight we thank you for loving us.
18 Dear God, we thank you for sending your son, the Lord
19 Jesus Christ, into this world to die on the cross, to
20 pay for our sins. And then Lord, we thank you that
21 you came out of that grave alive and victorious over
22 death. And we know that when death maybe comes to our

8

1 grandparent, maybe to a mom or dad, to-- maybe a
2 brother or sister, who are believers, that they are
3 going to be with you and we're going to get to see
4 them again.
5    We know some students here tonight who've lost
6 some precious loved ones, and we just pray that you
7 put your arms around them tonight and bless them.
8    Thank you for Pastor David. Thank you Lord for
9 his team, and Lord I pray that you would use him
10 tonight to challenge all of our hearts. Help us Lord
11 to go forward here at Liberty University. You've got
12 great things in store for all of these students that
13 are here tonight. And Lord, as I look out across this
14 audience tonight, Lord, I see a great potential and I
15 just hope that they'll all dedicate themselves to
16 become a champion for Jesus Christ. In his name we
17 pray, and all God's people say it, Amen. Let's
18 worship tonight!
19    FEMALE SINGER1: Good evening campus community.
20 Would y'all stand up with us tonight and worship?
21    Jesus, you (inaudible). Holy, holy, holy. Lord
22 God Almighty. Early in the morning, our song shall

LUADMINREC000407

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

**9**

1  rise to thee. Holy, holy, holy. Merciful and mighty,
2  God in three persons, blessed trinity. You reign
3  (inaudible). Sing holy together. Holy, holy, holy.
4  Though the darkness hide thee, though the eye of
5  sinful man thy glory may not see.
6      Only thou art holy, there is none beside thee.
7  Perfect in power, in love and purity. Hallelujah.
8  Hallelujah. Hallelujah. Jesus reigns.
9      Holy, holy, holy, Lord God Almighty. All thy
10 works shall praise thy name in earth and sky and sea.
11 Holy, holy, holy, so mercifully, your merciful and
12 mighty. God in three persons, blessed trinity.
13     Hallelujah. Hallelujah. Jesus. Hallelujah.
14 Jesus reigns. Sing hallelujah. And hallelujah.
15     MALE SINGER1: Jesus name.
16     FEMALE SINGER1: Hallelujah. And hallelujah.
17 Jesus reigns. So, let all the earth proclaim, all the
18 people sing. You are holy, Jesus. You are holy. Let
19 all the heavens ring, worthy is the king. You are
20 holy. You are holy (inaudible). Let all the heavens
21 ring, worthy is the king. You are holy. Yeah. Let all
22 the heavens ring, worthy is the king. You are holy.

**10**

1  You are holy. Jesus, we praise the name.
2      MALE SINGER1: I love you, Lord. Oh, your mercy
3  never fails me. All my days, I've been held in your
4  hands. From the moment that I wake up until I lay my
5  head, I will sing of the goodness of God. And we sing
6  to him this.
7      That all my life you have been faithful. Lift
8  this up. This is your song. And all my life, you have
9  been so, so good. With every breath that I am able,
10 oh, I will sing of the goodness of God.
11     Oh, I love your voice. You have led me through
12 the fire. In darkest nights, you are close like no
13 other. I've know you as a father. I've known you as
14 friend. Oh, I have lived in the goodness of God.
15     All our lives, he's been faithful. All my life,
16 you have been faithful.
17     FEMALE SINGER1: So faithful, Jesus.
18     MALE SINGER1: And all my life, you've been so,
19 so good. With every breath that I am able, oh, I will
20 sing of the goodness of God. Come on. Every moment.
21     FEMALE SINGER1: We sing (inaudible) forever.
22     MALE SINGER1: Every moment. Every season. Every

**11**

1  minute you are alive, He is faithful. Faithful to the
2  end. We declare His goodness is running after us.
3  Come on.
4      Your goodness is running after, it's running
5  after me. Oh, we sing again. Your goodness is running
6  after, it's running after me. Hey. With my life laid
7  down, I'm surrendered now. I give you everything. We
8  sing, your goodness is running after, it's running
9  after me. Declare. Your goodness is running after,
10 it's running after me. Yeah. Your goodness is running
11 after, it's running after me.
12     With my life laid down, I'm surrendered now. I
13 give you everything. Your goodness is running-- it
14 keeps running after me. Yeah.
15     All my life you have been faithful. All my life
16 you have been so, so good. With every breath that I
17 am able, oh, I will sing of the goodness of God.
18     All my life. All my life. All my life, you have
19 been faithful. All my life, you have been so, so
20 good. With every breath that I am able, oh, I will
21 sing of the goodness of God. Oh, I will sing of the
22 goodness of God. Oh.

**12**

1      MALE SINGER2: Can't go back to the beginning. I
2  can't control what tomorrow will bring. But I know
3  here in the middle, is the place where you promise to
4  be.
5      Declare this. I'm not enough unless you come.
6  Will you meet me here again? 'Cause all I want is all
7  you are. Will you meet me here again?
8      (inaudible) again. As I walk now through the
9  valley, let your love rise above every fear. And like
10 the sun shaping the shadow, in my weakness your glory
11 appears.
12     I'm not enough unless you come. Will you meet
13 me here again? 'Cause all I want is all you are. Will
14 you meet me here again? I'm not enough unless you
15 come. Will you meet me here again? Because I need
16 you. 'Cause all I want is all you are. Will you meet
17 me here again?
18     Oh. Will you meet us here again? You said you'd
19 never leave us. You said you'd never forsake us.
20 Right by my side. You're right by my side. Yeah. And
21 not for a minute was I forsaken. The Lord is in this
22 place. Oh, the Lord is in this place.

LUADMINREC000408

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

13

1    Come Holy Spirit. Dry bones awaken. The Lord is
2 in this place. The Lord is in this place. The Lord is
3 in this place. And not for a minute, was I forsaken.
4 The Lord is in this place. He never leaves. The Lord
5 is in this place. Come Holy Spirit. Dry bones awaken.
6 The Lord is in this place. Oh, the Lord is in this
7 place. Yeah. (inaudible). Thank you for your
8 faithfulness. We thank you for your faithfulness.
9    Sing this with all your heart. I'm not enough
10 unless you come. Will you meet me here again? 'Cause
11 all I want is all you are. Will you meet me here
12 again?
13    MALE SINGER1: I cast my mind to Cavalry where
14 Jesus bled and died for me. I see His wounds, His
15 hands, His feet. My savior on that cursed tree. His
16 body bound and drenched in tears. They laid Him down
17 in Joseph's tomb. The entrance sealed by heavy stone.
18 Messiah still and all alone. This is a song of
19 victory we sing.
20    Oh, praise the-- lift it up - of the Lord our
21 God. Oh, praise His name forevermore. For endless
22 days we will sing your praise. Oh, Lord. Oh, Lord,

14

1 our God. Amen.
2    Then on the third, come on, at break of dawn--
3 yes, the son of heaven rose again. He trampled death.
4 Oh, trampled death, where is your sting? The angels
5 roar for Christ the King. Yes. We sing again.
6    Oh, praise the name of the Lord our God. Oh,
7 praise His name forevermore. For endless days we will
8 sing your praise. Oh, Lord. Oh, Lord our God. Yes.
9    He shall return in robes of white. The blazing
10 sun shall pierce the night. And I will rise among the
11 saints. My gaze transfixed on Jesus' face.
12    Hear this. Then I saw between the throne and
13 the four living creatures among the elders. A lamb
14 standing as if he'd been slaughtered, having seven
15 horns and seven eyes, which are the seven spirits of
16 God sent out into all the earth.
17    And he went and he took the scroll from the
18 righthand of the one who was singing it on the
19 throne. And when he had taken the scroll, the four
20 living creatures and the 24 elders fell before the
21 lamb, each holding a harp and golden bowls full of
22 incense, which are the prayers of the saints.

15

1    And they sing this new song that you are worthy
2 to open the scroll and to open its seals, for you
3 were slaughtered by (inaudible) blood. Your ransom
4 God, the saints, every tribe and language and people
5 and nation. And you have made them a kingdom, the
6 priests serving to God forever and ever. And we sing,
7 oh, praise the day.
8    Oh, praise the day of the Lord our God. Sing
9 again. Forever more. And for endless days we sing
10 your praise.
11    UNKNOWN SINGERS: We will sing your praise.
12    MALE SINGER1: Oh, Lord. Oh, Lord our God. Come
13 on. Oh, praise thy name of the Lord our God. Oh,
14 praise His name forevermore. Yes. For endless days,
15 we will sing your praise. We sing your praise. Oh,
16 Lord our God. And again. Oh, we sang, oh, praise thy
17 name.
18    UNKNOWN SINGERS: Of the Lord our God.
19    MALE SINGER1: We sing again. Oh, praise.
20    UNKNOWN SINGERS: Praise his name forevermore.
21    MALE SINGER1: This is our song. We will sing
22 your praise. Oh, Lord, oh, Lord our God. Oh, Lord,

16

1 oh, Lord our God. Lift up and shout. Lift up and
2 shout.
3    FEMALE SINGER1: Jesus, we praise you. This
4 place. Oh, it's all about you. It's all about you.
5 King of kings, Lord of lords. Here as we wait, seek
6 your face, come and make your throne upon our praise.
7 Come on. Here in this place have your way the moment
8 that we see you, we are changed.
9    Show us your glory. Show us your glory. In
10 wonder and surrender we fall down. No fear. So, show
11 us your glory. Show us your glory. Let every burning
12 heart be holy ground.
13    Oh, Jesus. Let our hearts be burning
14 (inaudible) for you. Right here. Here and not by
15 power and not by might, but only by the cross we come
16 alive. Whew. And here we're undone. We're overcome by
17 heaven's love revealed before our eyes.
18    So, show us your glory. Show us your glory. In
19 wonder and surrender we fall down. So, show us your
20 glory. Show us your glory. Let every burning heart be
21 holy ground. Show it to us. Show us your glory. Oh,
22 show us your glory. In wonder and surrender we fall

LUADMINREC000409

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

17

1  down. So, show us your glory. Show us your glory and
2  every burning heart be holy ground.
3      Oh. Have your way. Have your way. Let's declare
4  this together. Come on, chains. Chains fall fear bow
5  here now. Jesus, you change everything. In lives
6  healed hope found here now. Jesus, you change
7  everything.
8      Chains fall fear bow here now. Jesus you change
9  everything. Lives are healed right here, and hope is
10 found here and now. Oh, Jesus, you change everything.
11     Chains will fall and fear will bow right here
12 and now. Jesus, you change everything. Lives are
13 healed and hope is found, in your name, right here,
14 right now. Jesus, you change everything.
15     So, show us your glory. Show us your glory. In
16 wonder and surrender we fall down. Sing it out to
17 Him. Show us your glory. We want to know your glory.
18 We want to know your glory. We want. Let every
19 burning heart be holy ground. Sing chains. Chains
20 will fall-- declare it. And fear-- right here. Will
21 bow and here and now. Oh, Jesus, you change
22 everything.

18

1      Lives are healed. Hope is found. Here and now.
2  Jesus, you change everything. Let's give a shout of
3  praise. We love you Jesus.
4      DAVID NASSER: So, we'll just sing that chorus
5  just together in just a second, but before we sing
6  that chorus, let's just go before the Lord and just
7  ask him that tonight, in this moment, that the glory
8  of God, the weight of God, the kabod of God would be
9  manifest.
10     Just asking him that tonight in this football
11 stadium tonight, in dorms that are watching, tonight,
12 all across the nation-- parents that are tuning in,
13 alumni, people that love us and have been praying for
14 us in this season with just-- in their own space, in
15 their own home and their lives, not just audit
16 something from away, but that they would see the
17 glory of God fall in their life.
18     And that this moment won't be about inventory,
19 about what's happening here, nearly as much as it's
20 an inventory of what's happening here. We're asking
21 God to do something, so let's just come before him.
22     So, Jesus we pray that your glory, that your

19

1  person, that you would make yourself known to us. We
2  love that in scripture we see where it says what
3  we'll study tonight, that the glory of God was made
4  known. It was shown for all. All the prophecies of
5  old, about the coming glory, came born in a manger in
6  such humble posture.
7      And tonight, 2000 years later, we look back and
8  say that same Jesus, humble Jesus, victorious Jesus,
9  powerful Jesus, is the same Jesus we need in this
10 stadium. It's the same Jesus we need in our campus.
11 It's the same Jesus we need in our state. It's the
12 same Jesus we need in our nation. It's the same Jesus
13 we need in this world.
14     And so, show your glory to us tonight. Let's
15 just sing that. Let's just pray that. Come on. Ask
16 him to make his glory known in your life at this
17 moment. Just welcome him in. Come on. Sing that
18 together.
19     FEMALE SINGER1: Show us your glory. Show us
20 your glory. In wonder and surrender we fall down. Oh.
21 Show us your glory. Show us your glory. Let every
22 burning heart be holy ground. Sing, show it to us.

20

1      Show us your glory. Show us your glory. In
2  wonder and surrender we fall down at your feet,
3  Jesus. Show us your glory. Show us your glory. Let
4  every burning heart be holy ground.
5      DAVID NASSER: And so, that is our prayer
6  tonight, that Jesus, you would be made known to us
7  and that through everything that we're talking about,
8  Jesus, you would come front and center.
9      We pray this every time we come together on a
10 Wednesday, that Jesus, you would be the great speaker
11 tonight. That when we open your word that's living
12 and active, sharper than any two-edged sword, cutting
13 through bone and marrow, and judging the attitudes of
14 life. That we would say, that is about your mercy,
15 your glory, coming into our lives tonight and telling
16 us the truth even if it's hard to hear.
17     I pray that tonight in this very moment that
18 you would give me the ascernment to know what to say,
19 what not to say, where to go in scripture and stay
20 longer, where to just punctuate a thought that's not
21 even in the notes. And so, will you just tonight,
22 God, in this very moment, just be our great leader.

LUADMINREC000410

Transcript of Campus Community at Liberty University

6 (21 to 24)

Conducted on August 26, 2020

21

1 You be the wind in the sails and take us, God, where
2 you want us to go in this place.
3      We need you now, God. All we've got is lights
4 and sound and chairs and all of this cannot manifest
5 your presence. And so, we just need you. We just need
6 you now, God, to come through it all. We pray this in
7 your name, amen.
8      So, before we open God's word-- you may have a
9 seat. Thank you. Before we open God's word tonight, I
10 have two things I want to talk to you about before we
11 get into the passage. I'm preaching tonight to you
12 out of a passage that's about the glory of God being
13 made known. Also, out of Romans 6:1-3 as well.
14      But before we unpack God's word tonight, I
15 wanted to read something to you, and I also wanted to
16 make sure in reading this to you, that you knew who
17 our intended audience is-- who our intended audience
18 is because I think tonight, there are probably
19 reporters watching this-- this being our first big
20 gathering. That probably aren't a part of our
21 culture, maybe even don't share our faith.
22      They're people that are watching tonight that

22

1 are people that have been early stakeholders here at
2 Liberty University. People that graduated out of the
3 very first class in 1971. And there may be somebody
4 who is an incoming senior this year, who's
5 considering this school. And as they're considering
6 this school, they're thinking, what all is happening?
7 When I Google the school, a lot of things come on the
8 internet and I'm just wondering if this is the place
9 God wants for me.
10      And so, whatever angle you're in, I want to
11 make sure that you feel welcome as you're in this
12 moment with us. But at the same time, that you know
13 who our intended audience is.
14      And then of course, I wanted to also read to
15 you something that is very personal. This was really
16 the beginnings of my morning journal, and I was just
17 kind of writing some things out this morning and this
18 afternoon. And I just eventually thought, you know,
19 why don't I just read this for our family here?
20      And so, I'm going to read this to you and after
21 I read it to you, we'll pray. And then we'll begin
22 the message part, which is typically what I do on a

23

1 Wednesday night.
2      I come out here after we have worship and we
3 have prayer, and then, you know, we unpack God's
4 word. We'll do that here in about five or six minutes
5 if you don't mind. But let me read this to you, if
6 you don't mind. This is personal here.
7      The last few years, Campus Community has grown
8 to become one of the largest bible studies in the
9 world. And with that, obviously comes guests. On any
10 given week, there are faculty, staff, alumni, board
11 members, parents and others who are with us.
12      And certainly, they're Liberty family, but they
13 join us knowing that this gathering - from its
14 worship style to it's graphics that we use, to its
15 sermon - it's obviously not aimed at them.
16      We're glad you're here, but Campus Community is
17 not made with a professor in mind. It's not made with
18 a board member in mind. They're certainly not
19 excluded from its truth, but this moment right here
20 is aimed at you, the Liberty student. And that's why
21 we build what we build. It's our bible study.
22      If you've joined us on Wednesday nights in the

24

1 past, you know that I preach to our students. At the
2 end of tonight, when I go to bed, I have to put my
3 head on my pillow and ask God, "God, what did you
4 think of tonight? Was I faithful to you and your word
5 in the way that I preached it to these students?"
6 Tonight is not going to be any exception. Liberty
7 students? Where you at Liberty students? Liberty
8 students, this is for you. This is for you.
9      I'm excited that we have guests peeking in. I'm
10 thrilled that people are joining us, but this is for
11 you. I am here for you. I love you. And as long as
12 God has me here, has my family here, I'm committed
13 and honored to be your campus pastor.
14      I've been praying, studying and preparing all
15 summer for a new sermon series with you in mind. I
16 can't tell you how many hours I have spent in
17 theology books. I can't tell you how many hours I've
18 spent on my knees preparing to launch this season for
19 you. And I can't wait for God to do what he's going
20 to do.
21      And I believe this is probably going to be the
22 most important series that we've ever done. Next

LUADMINREC000411

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

25

1 week, I'll be able to tell you why and how this
2 series came about in the first place.
3     It's also important to note that I'm really
4 aware how tonight will also leave some of you-- both
5 the students that are here who this is for, and some
6 people that are peeking in or joining us as guests. I
7 realized that tonight is going to leave some of you
8 disappointed and angry. There are those who have told
9 me to lay low and to not mention any of the things
10 that lead to Jerry Falwell's resignation yesterday.
11     Those who prefer to move on immediately, erase
12 his name from everything around here, and would
13 rather not talk about him. Obviously, if that's you,
14 I just said his name, so you're already thinking,
15 I've blown it and I'm going to disappoint you.
16     There are those who want Jerry mentioned, but
17 only in the manner of grace. Only in the lane of
18 grace. Mentioned only if the bible verses around this
19 are pertaining, forgiving one another. Grace being
20 sufficient and not casting the first stone.
21     They fear that anything past that in this
22 moment, will look and feel unforgiving and harshly

26

1 judgmental. And if that's you, I've got a feeling
2 you're going to be pretty disappointed in tonight.
3     And then of course, there are those who want to
4 only talk about Jerry Falwell tonight. It's not
5 enough to say that the truth's of God's word were--
6 that we are going to study tonight, apply to all of
7 us including him. They want us to pick every
8 illustration and to explicitly make it about Jerry
9 Falwell tonight, and his wife, and his former staff,
10 and the board, and said in a manner that is
11 condemning and shameful.
12     No matter what I say and how much I say about
13 him, they're probably not going to be happy because
14 it won't be enough or long enough or blunt enough or
15 hard enough, and I'm probably going to let you down
16 if that's why you're here.
17     If you're looking for me to punch this man
18 down, his family down, I'm not doing that and you're
19 not going to be happy. But if you're looking for me
20 to tell you only about all the great things that he's
21 built and the new heights that his hard work and
22 dedication-- true hard work and dedication brought to

27

1 us, I'm not going to do that alone either.
2     So, since neither side is going to be satisfied
3 and I'm okay with that and have been for a long time,
4 let's pray and ask that many of us tonight, who are
5 more in the middle camp, will come to this moment
6 asking God for grace and truth, for both honor and
7 honesty; not having to lay one down to be able to
8 pick up the other.
9     And so, don't get me wrong, you're right if you
10 want to hear extravagant grace and forgiveness, and
11 you're also right to want to see stern and swift
12 accountable action for sinful behavior. But if you're
13 here with only one thing in mind, then I do ask that
14 at least while I'm speaking tonight that you hear me
15 out before you start calling it too condemning or too
16 condoning.
17     Now, a more personal note just from me. This--
18 this moment that we're in is a mess. Let me begin by
19 saying to you-- let me - this is a personal moment
20 here - begin by saying to you, I am sorry. In my
21 opinion, you, as a Liberty student, deserve better.
22 And the embarrassment that's been brought upon you as

28

1 a Liberty student, and more importantly brought upon
2 the name of Christ, is wrong.
3     I know that many of you are hurting and that
4 breaks my heart. Your concerns - if you're concerned
5 - are valid. If you're not concerned, you should be
6 concerned. And so, your concerns are valid. You and
7 your family have worked hard to pay for a Christian
8 education and this wasn't what you signed up for.
9     I heard from one of you that you hesitated
10 wearing your Liberty t-shirt this summer because you
11 did not want the more recent baggage that came with
12 it, and it just shouldn't have been that way.
13     So, let me be the first to say to you if no one
14 else has, and to personally apologize by saying, I am
15 sorry. Not on behalf of anybody else, but me. Liberty
16 is more than a college. We know that, right? Liberty
17 is more than a college. Let me just say that again.
18 Liberty is more than a college. We are God's college.
19 And as our founder always said, "If it's Christian,
20 it ought to be better." Certainly, better than this.
21 Certainly, better than this.
22     A year ago this time, when we were kicking off

LUADMINREC000412

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

29

1 our very first Campus Community last year? A year ago
2 this time, the Office of Spiritual Development, which
3 I get to be a part of-- that I get to be part of the
4 team of, had perhaps grown to be the most diverse
5 office in all of Liberty.
6    This has been a really intentional part of the
7 way that we grew our leadership when we reimagined
8 and relaunched Spiritual Development four years ago.
9 But I lost, this summer, several African-American
10 staff members, who I love and think so highly of.
11    One of them, this summer, told me that after he
12 saw Governor Northam's black-face mask posted, he
13 knew that he could no longer work here at Liberty
14 University. I asked him to reconsider, but after he
15 said no, I also told him that I love him, and that I
16 understood and respected his choice. I believed that
17 he was being obedient to what God was calling him to
18 do personally.
19    After we got off the phone, I'll just be
20 telling-- after we got off the phone, I just started
21 crying. I'll never forget. I was sitting on vacation
22 when he called me. So, I just got off the phone with

31

1 not return this semester because of something that
2 happened or something that they imagined-- I mean,
3 something that they-- that they saw or something that
4 they were made aware of, we want you to know that we
5 love you and we understand.
6    But God did tell you to leave, but in the
7 middle of that, we want you to know something. As
8 much as we love you-- as much as we love you, this is
9 also true that this is not going to be a goodbye. We
10 are going to spend eternity in heaven together, so
11 you're still stuck with us anyway.
12    Again, after a lot of prayer and consideration
13 this summer, my family and I, while respecting the
14 decisions of others that felt called to leave, knew
15 that God was calling us to stay. After all, this
16 wasn't the first time that we had to pray about that
17 decision.
18    Then this summer came to a close, and we opened
19 the semester with a series of revelation about Jerry
20 Falwell that can only be described as shameful.
21 That's okay by the way to say it. It's okay to call
22 sin, sin. It's okay to say what Paul says in

30

1 him, and it just burst. I just began to just weep.
2    The reason was, I knew that a great team member that
3 we had, had been lost. And I wept for you because I
4 knew what a great team member was-- he was in leading
5 you in spiritual development. We're going to miss him
6 a lot, and I know that this is going to be a pivotal
7 moment. And I'm sad for him and all that he's going
8 to miss out in getting to know you as well.
9    But it also was a moment where at the end of
10 that time, when I was weeping, I felt assured that my
11 family was called to stay. This is also true for any
12 other student of student athlete who might be
13 watching tonight, who felt God called them to leave.
14 Those of us who are here, love and respect you.
15    The men on the football team-- where you at men
16 on the football team? We love you, all right? And I
17 want to say this on your behalf, the men on the
18 football team are here tonight and they miss their
19 former teammates. The girls on the basketball team
20 miss their former teammate. And each and every one of
21 us wish you nothing but the best.
22    If God called someone who's watching tonight to

32

1 Ephesians, "Have nothing to do with the fruitless
2 deeds of darkness, but rather expose them. It is
3 shameful even to mention what the disobedient do in
4 secret. But everything exposed by the light, becomes
5 visible. Everything that is illuminated, becomes a
6 light."
7    By the way, it's not dishonoring someone when
8 you bring this before them. It's honoring them enough
9 to tell them the truth. It's okay to call sin, sin.
10 You know why? Because it is the only way to actually
11 start to deal with it. It is not love to simply stay
12 in the dark, and not call shameful-- not call
13 shameful what God calls shameful. And if we're not
14 willing to stand on that truth, then what in the
15 world are we calling ourselves Christians for in the
16 first place?
17    And so, in this moment, even after the last few
18 weeks, I've got to tell you that my family and I kept
19 praying, and more and more we felt confirmed to stay.
20 For all of us who are called to stay, for all of us
21 who look at those who God calls to go and we bless,
22 and all of us tonight who are called to stay, or to

LUADMINREC000413

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

33

1  join, like the 4,000 incoming freshmen and transfers.
2  We still believe in God-given vision that was given
3  to us in 1979. And together, we're going to make sure
4  that we're more on God's path to accomplish this
5  vision than ever before.
6      For as long as the Lord allows, I plan to
7  continue to spend every bit of my influence that I
8  have to make this place as God glorifying as I can.
9  Again, I love you and I count it an honor that my
10 family gets to serve alongside all of you.
11     Again, that's from me. (Applause). And I wanted
12 to read it so that it would be crystal clear. And I
13 wanted to read it so that you would have it so that
14 the next time maybe a lost friend, or the next time
15 maybe an unbelieving family member pulls up something
16 that they saw and says, "Is this what Christianity
17 is? Is this your faith?" You can say, my campus
18 pastor apologizes. That we have not been all that we
19 could be. That our witness wasn't what it was
20 supposed to be, and it's just a mess.
21     I'm sorry for the embarrassment that you've had
22 to go through. If nobody else tells you that, David

34

1  Nasser apologizes to you. Let me pray for us and then
2  we'll open up God's word.
3      And so, Lord, we just sang Show Us Your Glory.
4  Now we pray what that looks like and we come to this
5  moment and we open up your word. We pray that your
6  glory would be made shown to us by not just studying
7  grace and truth as theology, not just studying it,
8  God, for what our former president will need, but
9  what I need.
10     And so, Lord, let these illustrations be about
11 my life. Juxtaposition them, God, up against my life.
12 And so tonight I pray that none of us would be exempt
13 from this. Thank you, God. Thank you, God, that both
14 your grace and your truth are a gift. We pray this in
15 your name, amen.
16     So, we've been in training week the last few
17 weeks, and as we've been in training week - just
18 getting everybody back on campus and all of our OSD
19 team, you know, all of our community group leaders on
20 campus, getting all of our resident shepherds on
21 campus - we've been in a lot of context where I've
22 had the opportunity to be with some of our leadership

35

1  and just about every session that we have, we end
2  with Q&A. We always think that we sometimes are
3  communicating and feeling like the message is getting
4  across, but it's not, so we ought to just stop, slow
5  down, and let people be able to ask questions for
6  clarification.
7      And just about everywhere that I've been in the
8  last few weeks, the one reoccurring question that's
9  come up, has been this question about just all that's
10 been transpiring on the news.
11     And so, everybody keeps asking me, you know,
12 can you just give us some language? Honestly, I'm
13 this way sometimes. Sometimes there are people I love
14 and I look to them, just not because I want to see
15 what they think nearly as much as-- I kind of want to
16 know, maybe what I think.
17     Anybody know what I mean when I say that? Like,
18 sometimes you go to a trusted author, or you go to a
19 trusted teacher of the bible, and you ultimately are
20 going to go to God's word. But because you trust
21 them, you want to know, can you begin to give me some
22 language so that then I can go to God's word from

36

1  that passage, that language, and then I can begin to
2  form a better way to communicate what's in my heart.
3      And so, I think a lot of students, sometimes
4  aren't asking just so they can see what I think.
5  They're asking so that they can get permission to
6  voice, you know, what they think. Or maybe get better
7  languaging in what they think.
8      And so, my answer every single time that we've
9  been together has really been simple. My answer's
10 been that when it comes to the Falwell family, when
11 it comes to anyone, when it comes to me, what I need
12 in my life - when, not if - but when I stumble, when
13 I sin, when I do something inappropriate, when I have
14 wronged you - when I am in that place in my life,
15 when anyone is in that place in their life, what they
16 need - and I know this is going to sound Jesus jukey,
17 but it's not. Listen to me - is Jesus.
18     Here's what I mean by that. What they need in
19 the fullness of Jesus is grace and truth. Now, I gave
20 that answer in a couple of different settings and we
21 talked five minutes because it was one question that
22 we had. But tonight, I want to take about 20 minutes

LUADMINREC000414

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

37

1  and unpack that for us, and then we'll go to
2  community groups tonight and hopefully we'll get out
3  of these rows. We'll get into circles, right? And
4  we'll get a whole lot deeper with them because the
5  app is just chock loaded with quotes and theology for
6  you that's going to take you deeper into this.
7      So, let's just being by defining what grace and
8  truth is. If you're taking notes, write this down,
9  all right? You ready? Grace-- grace is the unmerited
10 favor of God. Grace is the undeserving love of God.
11 Grace is the lavished, unrelenting, unstoppable
12 tsunami of the love of God to the people that deserve
13 exactly the opposite. Amen? Grace is the unmerited
14 favor of God.
15     Truth is the uncompromised standard of God. As
16 much as God's grace is unmerited, God's truth is
17 uncompromising. God's truth is the barriers that hold
18 God's holiness together. God is a god of holy, set
19 apart. That's how you define holy-- standards.
20     And so, grace is God's unmerited favor, and
21 truth is God's uncompromised standard. Another way to
22 say it is in God, we see mercy and justice, Jesus,

39

1  "The word became flesh and made His dwelling among
2  us. We have seen" - there it is. We just sang it -
3  "His glory, the glory of the one and only son, who
4  came from the father, full of" - let's say those two
5  words together - "grace and truth."
6      Listen. We need both of those tracks in our
7  lives. When I say tracks, you know how a train has
8  two tracks? With one track, it'll derail. With the
9  other track, it'll derail. But with both tracks, it
10 can move forward like it needs to.
11     We need both wings. That's another way to put
12 it. With one wing, we can't fly. With the other wing,
13 we can't fly. An airplane is the same. With one wing,
14 it crashes. With another wing, it crashes. With both
15 two wings, it can soar. Does that make sense?
16     And Jesus is both. And as God's people, we
17 should be both. This isn't 50/50 compromise as well,
18 all right? So, I don't want you to think that Jesus
19 is 50% grace and 50% truth. This isn't 50/50. No. As
20 a matter of fact, the scripture right there, what
21 does it say? Scripture says that Jesus is full of
22 grace and truth.

38

1  we're about to read here, is literally the grace and
2  truth of God made manifest. God with us is the glory
3  of God shown to us in grace and in truth.
4      Let's look at our passage for tonight, John
5  1:14. "The word became flesh." Now, earlier on--
6  earlier on in John, we're told that in the beginning
7  was the word. Now, that word means Jesus the word.
8  Not just the written word the bible teaches us,
9  right? is called the word, but the word made flesh is
10 called the word.
11     So, John give us this glimpse how in the
12 beginning before there was a beginning, there was a
13 beginner who began the beginning. The uncreated one
14 who was there creating all of creation was Jesus the
15 word made flesh.
16     And so, in the beginning was the word. And
17 that's important because God the father wasn't the
18 creator and then He created the God the son, and then
19 rolled out the God the spirit. No. God the father, God
20 the son, God the spirit in the beginning were a part
21 of creation.
22     And so that word is who we're talking about.

40

1      So, Jesus is overbrimming. He is full, all
2  right? It is abundantly to the very, very core, to
3  the very, very top, every single ounce, full of grace
4  and full of truth.
5      And so, we are called to love people as the
6  recipients of God's grace and truth. As the
7  recipients. Not just that Jesus made himself manifest
8  so that we can examine it, but Jesus made himself
9  manifest so that we can partake.
10     As those who have come to the fountain of grace
11 and truth and have become filled with the holy
12 spirit, filled with the father, filled with Jesus
13 Christ as our savior, as we come to the cross and we
14 see on the cross the agony of sin and the glory of
15 salvation and we bend our knees and we receive God's
16 grace. We see that we just only receive it, but it
17 flows out of our lives. And so, we are called to love
18 people in a way that shows that we love them just the
19 way that they are, but we love them too much to leave
20 them that way.
21     You know what that means? That means grace and
22 truth. For some of you, this is whole lot more

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

LUADMINREC000415

Transcript of Campus Community at Liberty University

11 (41 to 44)

Conducted on August 26, 2020

41

1  personal than somebody that you call your school
2  (inaudible). For some of you, this is as personal as
3  your own father or your mother. Some of you know it
4  that your own best friend. Your very best friend. The
5  person that is going to be in your wedding one day.
6  The person who's going to be at, you know, your
7  child's, you know, baptism one day, is the very
8  person right now who's living a very prodigal life.
9      And in this moment, it just feels like, man, I
10  want to be Jesus to this person. And if you want to
11  be Jesus, you got to love them just the way that they
12  are. But if you really love them, you love them too
13  much to leave them that way.
14      And so, we're bound to show comfort when
15  someone is hurting. And by the way, someone can be
16  hurting because of the sins they commit, and someone
17  can be hurting for the sins that have been committed
18  against them. Right? But when someone is hurting,
19  whatever it might be, we are bound to try to show
20  comfort and care, but not at the expense of
21  condoning. Not at the expense of celebrating the very
22  thing that maybe brought them to that place.

42

1      And so, if you're taking notes, I want to make
2  sure that you get this because I think we can rally
3  tonight in community groups around this one essential
4  truth. You ready? "Or"-- "or" is not an option in the
5  Christian life. "Or" is not an option in the
6  Christian life.
7      Jesus is grace and truth. Amen? Jesus is not
8  grace or truth. Jesus is not-- if you're having a
9  really, really good day, grace comes your way. If
10  you're having a really, really bad day, truth comes
11  your way. Jesus doesn't go, on Monday I'm going to
12  ration out grace. And on Tuesday, I don't want you to
13  get too much grace, so I'm going to ration out some
14  truth. Jesus comes in a package. There's no
15  separation. People that say there's this tension, get
16  it wrong. There's no tension. These are not just even
17  dovetailed together. They're integrated together.
18      It's like, if a bite of apple and somebody
19  goes, well, listen, when you bite this apple, I want
20  you to get the crunch, but I don't want you to get
21  the calories. You go, I can't bite into an apple
22  without getting both. I want you to get the sour, but

43

1  I don't want you to get the sweet. You go, I can't
2  bite into it without getting both.
3      If you eat a piece of pound cake, all right?
4  They're going, I want you to get the egg part, but I
5  don't want you to get the flour part. You're going,
6  man, when I take a bite out of a piece of pound cake,
7  I got to get both. Does that make sense?
8      And so, when we come to Jesus, it's not like
9  Jesus on Sundays rations out and just gives away a
10  ton of truth and on another day, he just gives away a
11  ton of grace. Jesus, at all times, as our great
12  example, gives grace and truth. And so, if for Jesus,
13  "or" is not an option. For Jesus' people, "or" must
14  not be an option.
15      See today, the world that we live in, "or"
16  sneaks in and it actually looks in the form of
17  tolerance more than anything else. You want to know
18  what it looks like, it looks like-- well, that could
19  be your truth or this could be someone else's truth
20  and both can be truth.
21      As a matter of fact, I want to say this about
22  tolerance. Tolerance sounds friendly. It sounds like

44

1  a pillow, but it's really a dagger when it comes to
2  the things that really matter in accountability in
3  life sometimes. Tolerance is an imposter of grace.
4  Here's another way to say it for community groups
5  tonight. Grace doesn't put up; grace holds up.
6      One of my favorite passages in all of scripture
7  is Romans 6. When I first became a Christian, I was
8  in this men's bible study and we memorized the entire
9  chapter. And I remember just being explained this as
10  a baby believer when I was memorizing it. Like, I
11  memorized the passage, but I didn't even understand
12  the essence of it.
13      And one of these guys was explaining it to me,
14  and it just became one of my favorite passages
15  because early on it became such a foundational way
16  for me to think about grace, and it's simply this:
17  Paul says, "What shall we say then? Shall we go on
18  sinning so that grace may increase by no means, he
19  says. We are those who have died to sin. So, how can
20  we live in it any longer? Or don't you know that all
21  of us who have been baptized in Jesus Christ were
22  baptized into His death."

LUADMINREC000416

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

45

1       Paul is saying, the grace of God-- anybody here
2   receive the grace of God at the foot of the cross?
3   The grace of God is not permission to sin. The grace
4   of God is actually permission to stop sinning.
5       Grace doesn't give you license to sin. It gives
6   you power instead to stop sinning. Does that make
7   sense? Everything about the gospel is about the grace
8   of God empowering us not out of works, but out of
9   worship. Not out of duty, but out of delight.
10      To say grace has been poured in me, not so that
11  I can go get away with whatever I want and go,
12  "Grace". But instead to say, I have finally, due to
13  grace, the power to live in obedience. Not to earn
14  His favor beloved, but because we already have His
15  favor.
16      So, the grace of God gives us that. That's why
17  Paul says, what shall we say then? Shall we go on
18  sinning so that grace may increase? That's that
19  warped idea that the more I sin, the more there's a
20  power for grace to, like, be made manifest.
21      If you think that about grace, you've never
22  understood grace because you try to take a bite out

46

1   of the apple and get one part without the other, and
2   you can't. You cannot come to Jesus and say, "I want
3   your grace, but I don't want your standard. I want
4   your mercy, but I don't want your justice. I want
5   just half of you."
6       Half of Jesus makes people live a half-filled
7   life. And I got to tell you, that's just desperate.
8   That's just desperate because you're going to have
9   just enough Jesus to constantly be disappointed, and
10  you're going to eventually wear out. God wants more
11  for you and me than that.
12      I want to read you a quote. I love this quote.
13  I think it just says it better than I could say it.
14  It's a long quote. I don't like long quotes normally,
15  all right? Those of you that know, like, I normally
16  get up and tell a lot of stories and we just kind of
17  unpack a passage and I do very quick quotes for us.
18  But just put up with this long quote for me because I
19  think Pastor Kevin De Young does such a great job of
20  just kind of giving this to us, just, in rapid fire
21  in this quote. It'll be in your app tonight for
22  Campus Community. All right, let's just read this

47

1   together.
2       "Jesus was all grace." Stop right there. Don't
3   read any further. Just put that down. Put that down.
4   Take that away for a second. Take that away. All
5   right. Look at me. Do you believe that? That Jesus
6   was all grace? Do you believe that?
7       I want you to believe that because it is true.
8   I want you to know that when you see Jesus, you see
9   all grace in Jesus. "He welcomed sinners and tax
10  collectors, and he ate with them. He had compassion
11  on the crowds when they were hungry and far from
12  home. He welcomed little children to come and sit on
13  his lap, gentler and kinder than any department store
14  Santa.
15      He healed the leper, the lame, and the blind.
16  He saved the criminal on the cross, who was on his
17  dying breath, and confessed that the dying man next
18  to him was truly the son of God." And so, before we
19  read any further, over and over and over again, we
20  see Jesus show grace.
21      One of my favorite places in scripture is where
22  Jesus comes into a moment in John 6 where he sees

48

1   5,000 people. That's how many we have here tonight.
2   When we socially distance at every distant and then
3   we all come into this place from different entrances
4   and we do everything we do? There's 25,000 seats
5   right under 5,000 and that's what we have here
6   tonight.
7       And I want you to know, at 5,000 people-- you
8   can look around, so it's about the room that we have
9   here in the football stadium. About 5,000 people, all
10  right, are gathered in a moment when they're hungry.
11      As a matter of fact, some theologians believe
12  it was 5,000 men, but with those men came, you know,
13  like, women and children. And this was before birth
14  control, so think Catholic numbers, all right? So,
15  some theologians believe more like 20,000. But the
16  more I read about it, the more I think maybe it
17  actually it was 5,000. So, it goes back and forth.
18      But at the very minimum, you've got about 5,000
19  people in John 6 that have come and most of them
20  don't believe that Jesus is the son of God. They
21  don't believe Jesus is the bread of life. They just
22  think he's the bread giver, not the bread himself.

LUADMINREC000417

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

49

1    And they come into a moment where he's--
2  they're hungry and what does Jesus do? They're hungry
3  and so he feeds them. That's an act of grace. He
4  doesn't go, "Do a survey and find out who all
5  believes I'm really God, and if they believe I'm God,
6  they get to eat. If they don't believe I'm God, they
7  don't get to eat." No. Jesus finds out that there are
8  hungry people there, and you know what he does? He
9  feeds them.
10    The next day, you know what he tells them? You
11  must drink my blood. You must eat of my flesh. That
12  physical hunger you have is nothing but a literal
13  physical illustration of the ultimate eternal hunger
14  that you have of your soul. And the only thing that
15  can feed you, is me.
16    So, what did Jesus do? He gives grace in
17  meeting a need, and then he bridges the gap, right,
18  by then showing truth because he loves them too much.
19  He loves them too much just to have the social
20  gospel, which is no gospel at all. When you meet a
21  need, and after you meet a need, you go, that's all
22  people need.

50

1    Listen. I don't think a lot of people take our
2  faith seriously because they're dying of malaria
3  because they don't have a well and we don't care, but
4  when we do care, it's not enough just to go build the
5  well. We need to build the well.
6    As a matter of fact, one of our guests is going
7  to come here this semester. He's probably the
8  loudest, you know, just, advocate for that very
9  thing. A guy named Scott Harrison's (phonetic) going
10  to come our way from Charity Water.
11    But Scott Harrison will be the first to tell
12  you, we just don't build the well and go, that's all
13  there is. In the name of Jesus, we build the well,
14  but we're not doing social work. We're not doing
15  social justice. We're doing gospel work.
16    And so, we build the well and when they drink,
17  we wait, and they go, "Why did you just do that? Why
18  did you just come all the way from halfway across the
19  world and care about me, somebody you've never met?"
20  We'll go, "Because Jesus is living water." Does that
21  make sense?
22    We walk into the life of an orphan and we say,

51

1  "You know what? We're going to walk into your life
2  and we're going to adopt you, but it's still just
3  going to be social work. It's going to be just good
4  things to do. Good deeds to do. Kind things to do."
5    If we adopt that child, but we as Christians do
6  that so that when that person comes to the age of
7  understanding the gospel, we can get to a place where
8  we can share the gospel. We can say, "What I can
9  offer you by opening up my home to you is just
10  temporary. But God wants to open up for you an
11  eternal home so that you can be a child of God." How
12  great is the love of the Father. Scripture says that
13  we would be called what? The children of God.
14    And 183 million orphans will take the gospel
15  more seriously when we open up our homes and say, "If
16  you're homeless, that matters to me." But when they
17  come in, guess what we do? We get to earn the right
18  by opening up our home, to say, "Jesus is the only
19  one that can give you a forever home." Does that make
20  sense? Grace and truth.
21    He meets the woman at the well, and when he
22  meets the woman at the well, he sits with her. He

52

1  associated with her. He doesn't bring shame upon her
2  life. He doesn't bring, you know, condemnation upon
3  her life because she's lost. He becomes a kind person
4  who says, "I want everyone in daylight to see me with
5  her."
6    But by the end of the conversation, he does
7  give her truth. His last words to her - they're his
8  last words, not the first. He doesn't frontload -
9  are, "Go in sin no more."
10    So, I want to say this. Lost people act like
11  they're lost because they're lost. So, we always
12  frontload with tons and tons of grace. But God's
13  people-- if you call yourself a Christian and that
14  applies to all of us. Anybody here that call yourself
15  a Christian? Believe that Jesus Christ stepped out of
16  heaven, stepped into your life? That applies for the
17  Falwell family. That applies to David Nasser and his
18  family. That applies for the professors that are
19  here. That applies for our sitting president, who's
20  on our board, you know. Dr. Prevo's is here. That
21  applies to every one of us.
22    If Jesus lives in us, then all of a sudden as

LUADMINREC000418

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

53

1 those who claim his name at that moment, then the
2 expectation is God's people ought to be different
3 from the patterns of this world. That's what it says
4 in Roman's 12:1. That we are supposed to be
5 conformed, right, by God, not by the world.
6 Transformed by God, not by the world. Do not be like
7 the patterns of this world but be transformed by the
8 renewing of your mind.
9     This is your spiritual act of...not work ship,
10 but what? Worship. Let's go back to the quote. We're
11 almost done.
12     And Jesus wasn't just all grace. He was also
13 all truth. "He condemned many of the religious
14 leaders of his day for being liars and hypocrites. He
15 talked about hell more than he talked about heaven.
16 He called his disciples to take up their cross daily
17 and to follow him. He prophesied judgment on
18 Jerusalem for their unrepentant hearts. He obeyed the
19 law. He set standards and demanded everything from
20 his followers, even their very own lives."
21     And so, Jesus-- Jesus is grace and truth and
22 the people of God should be grace and truth made

54

1 manifest.
2     So, in my life when you see inconsistencies or
3 when you see something that doesn't look like Jesus,
4 show me Jesus. It might not be what I want to hear.
5 It might not be popular for me, but a lot of times
6 what I want to hear isn't what I need to hear. And
7 so, love me enough to give me grace. Love me enough
8 to give me truth.
9     I love this passage. Last thought here before
10 we kind of begin to wrap up. I love this passage. It
11 says in John 8:36: "I tell you the truth. I tell you
12 the truth. Everyone who sins is a slave to sin, but
13 if the son sets them free, they can be made free
14 indeed."
15     What I love is that truth is actually the
16 recipe, the first step, the catalyst of freedom. Free
17 at last, free at last, good Lord Almighty, I want to
18 be free at last. And you and I know this, the only
19 way that I'm ever going to find liberty is when I
20 find it at the foot of the cross.
21     I came here six years ago. When I came here six
22 years ago, I came here as someone who was delivered

55

1 out of Islam into Christianity. And I want to tell
2 you, I came here wanting to wear grace and truth on
3 everything that I do, and people have shown that to
4 me. They've shown grace and truth to me.
5     I've messed up so many times in the last six
6 years. I'll continue to mess up. I think even now
7 these days are good days to just kind of look in the
8 mirror and reflect and go, what are some things that
9 maybe I wasn't seeing that I need to be really
10 looking back on and repent from?
11     I'm just telling you all that to say, in this
12 moment in my life, grace and truth is just as much
13 forefront than anything else. But I want to say this
14 to you...I want to commit this to you. That we're
15 going to continue to be about grace and truth in your
16 life because we believe that what you need is grace
17 and truth because Jesus would want it that way for
18 every single one of us.
19     The anecdote, the solution to having liberalism
20 is not to knee jerk and go into legalism. And so, the
21 anecdote of grace gone wrong is not for us to go to
22 truth gone wrong. The hope for us is Jesus. Amen.

56

1 Let's just pray together. Let me just pray for us.
2     I thank you, Jesus, that you are every single
3 bit of that in every single moment of our lives. I
4 thank you that Jesus that you hold us accountable.
5 You love us too much to let bygones be bygones in our
6 lives.
7     And Lord, just as you did that on the foot of
8 the cross, you didn't just let bygones be bygones for
9 the sins that I've committed, but the crushing weight
10 of it was on me. And I came to Jesus to plead guilty,
11 but to plead in need. Desperate.
12     I pray that if there's anyone tonight who's
13 hearing my voice, who's not received Jesus, they
14 would understand this it is only offered to them
15 grace and truth. Forgiveness and mercy. It is only
16 offered to them when they bend their knee at the foot
17 of the cross and say that blood shall cover me.
18     I just pray that for us tonight, Lord. I pray
19 for those of us who have that, to find ourselves in
20 celebration of that in the next few minutes. And for
21 those who don't, to come to you at this moment and
22 say, "I need you. I just need you, God."

LUADMINREC000419

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

57

1    And so, just before we go any further, just--
2  in the dorms that are watching, people that are
3  peeking in, if you would just put your notes down for
4  a just a second here in this football stadium.
5  Anybody tonight, you hear this and you say, I think I
6  look at my life and I've been way too judgmental. I
7  look at my life and I tend to be a real dispenser of
8  the law of God, the truth of God, the standards of
9  God. I feel like the bible sometimes coming out of me
10 is nothing but a rulebook of do's and don'ts.
11    And tonight, I want to come to God and say,
12 God, help me to be grace and truth and not just an
13 advocate of truth. You know by the way, that's you.
14 If everybody looks at you and they say, man, this
15 person loves to point out everybody else's faults.
16 This person enjoys being the police officer. This
17 person leans on Jesus almost sounding out of their
18 mouth like he's the behavior police.
19    If that's you tonight, anybody here, will you
20 just lift your hand? I struggle sometimes with that
21 sense of legalism, that sense of-- I think it's
22 birthed out of a desire for the holiness of God, but

58

1  I tend to sometimes have a very short leash of grace,
2  and a long, long extension of truth. If that's where
3  you are, will you just lift your hand anybody?
4    Okay. Ask that the grace of God tonight will
5  remind you that He wants you to receive both and to
6  give both.
7    Anybody here, say, man, I tend to go the other
8  way? I think it's well intended, but I'm just maybe a
9  person who doesn't by even personality, perhaps, is--
10 want conflict or...I just want people to not know--
11 not think of us as Christians, as condemning or as
12 judgmental or as unforgiving. So, a lot of times I
13 just feel like I lack the courage to speak up and to
14 tell the truth, or to call someone to accountability.
15 Or sometimes I just-- it becomes licentious. I just
16 struggle with maybe just showing what I think is
17 grace, but it's actually, maybe, license. That seems
18 to be something that I just kind of fall into left on
19 my-- if that's you, will you just lift your hand?
20 Okay.
21    Just come to the Lord and-- as you come to the
22 Lord, just think about that. Pray about that. Just

59

1  ask him, God, do a work in my life in that. I want
2  grace and truth to me, and I want grace and truth
3  through me.
4    Man. Last but not least, I want to say tonight,
5  if you're here and you've never given your life to
6  Jesus, you've never bend your knee at the foot of the
7  cross, you can come tonight and say, Jesus, I know
8  you're the son of God. I know that you lived a
9  perfect life and then you came down. I mean-- I'm
10 sorry, you came down and you lived a perfect life and
11 after living a perfect, sinless life, a righteous
12 life, you died a sinners death on the cross for me.
13 And because you died for me, I come and I say what
14 you did is more than enough to save sinner me.
15    And so, I come and I receive everything that
16 the cross offers. A real attitude and posture of, I
17 want forgiveness. By the way, you know you're not
18 really understanding that when you expect and feel
19 entitled to forgiveness. You know you receive it when
20 you come and say, oh, I'm a lowly sinner that could
21 never earn what you've given me on the cross.
22    And if that's you and you've never given your

60

1  life to the cross, you just come to him and you
2  submit your life to him right now. And just maybe
3  say, Jesus, come and be my Lord, be my savior. I know
4  you died on the cross to pay the penalty for my sins.
5  I know after you died on the cross, as the great
6  substitution for me, the sacrificial lamb for me, you
7  stood in the way of God's wrath for me, that I
8  deserve eternal condemnation for me that I deserve. I
9  know that that-- and I receive that.
10    And now, I know that also, they take your body
11 off the cross and they put you in a tomb. And when
12 they go to check on that tomb a few days later, you
13 weren't there because you rose from the grave and I
14 just ask now for resurrection power.
15    I ask that you don't just bring me to the end
16 of myself to death, but that you raise me to newness
17 of life, that I would be a person that shows grace
18 and truth in the way that I live and worship.
19    Listen, if you've done that tonight, when we go
20 into community groups tonight, I want you to share
21 that with your community group leaders so they can
22 hug your neck, welcome you home and just begin to

LUADMINREC000420

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

61

1  celebrate what God's done in your life, okay?
2      Let's stand together. We're going to just
3  worship for a few more minutes and then I'll come and
4  give us some closing thoughts before we dismiss.
5      FEMALE SINGER2: The atmosphere is changing.
6  Nothing stays the same. Heaven is waiting for the
7  mention of the name. The spirit is moving, burning
8  like a flame. Healing the broken by the one we
9  proclaim.
10     Raise it up. Fill the sky. Chains will fall.
11 Mountains move. We lift Him high. Speak the name, the
12 name above all other names. Speak the name. The name
13 the wind and waves obey. All of heaven's coming down.
14 Fill the earth with the sound of the name, the name
15 of Jesus.
16     Gather all who wonder. Hostages of shame.
17 Miracles unfolding at the mention of the name. Our
18 darkness is fleeing. Mercy raining down. Healing
19 waters flowing as our lips make the sound.
20     Raise it up. Fill the sky. Chains will fall.
21 Mountains move. We lift Him high. Speak the name, the
22 name above all other names. Speak the name, the name

62

1  the wind and waves obey. All of heaven's coming down.
2  Fill the earth with the sound of the name. The name
3  of Jesus. Speak the name, the name of Jesus.
4      Speak it over everything, right here, right
5  now. Strongholds are broken. I've been made free. I
6  am forgiven. Fear has to leave. Let's sing that.
7  Strongholds are broken. I've been made free. I am
8  forgiven. Fear has to leave.
9      Your name is healing. Your name is power. Your
10 name is holy, my strong, strong tower. Wonderful
11 name. Glorious name. Powerful name of Jesus, Jesus.
12 Speak the name, the name above all other names. Speak
13 the name, the name the wind and waves obey.
14     All of heaven's coming down. Fill the earth
15 with the sound of the name, the name of Jesus. Speak
16 the name, the name of Jesus. Speak the name, the name
17 of Jesus. We speak it right here, right now.
18 (applause).
19     FEMALE SINGER3: In the darkness we were waiting
20 without hope and without light, till from heaven you
21 came running. There was mercy in your eyes. To fulfil
22 the law and prophets, to a virgin came the word. From

63

1  a throne of endless glory, to a cradle in the dirt.
2      Yeah. Praise the father. Praise the son. Praise
3  the spirit, three in one. God of glory, majesty,
4  praise forever to the king of kings. We thank the
5  Lord.
6      To reveal the kingdom coming and to reconcile
7  the lost. To redeem the whole creation, you did not
8  despise the cross. For even in your suffering, you
9  saw to the other side. Knowing this was our
10 salvation, Jesus for our sake you died. We thank you
11 Lord. We thank you Jesus. Oh.
12     We praise the father. We praise the son. Praise
13 the spirit, three in one. God of glory, majesty,
14 praise forever to the king of kings. This is my
15 favorite part, y'all. Come on.
16     In the morning then you rose, all of heaven
17 held it's breath till the stone was moved for good,
18 for the lamb had conquered death. Amen. And the dead
19 rose from their tombs and the angels stood in awe for
20 the souls of all who'd come to the father are
21 restored.
22     And the church of Christ was born. Then the

64

1  spirit lit the flame. Now this gospel truth of old,
2  shall not kneel, shall not faint.
3      By his blood and in his name, in his freedom I
4  am free. For the love of Jesus Christ, who has
5  resurrected me.
6      Praise the father. Praise the son. Praise the
7  spirit, three in one. God of glory, majesty, praise
8  forever-- oh, we praise-- oh, we praise you. Praise
9  the father. Praise the son. Praise the spirit, three
10 in one.
11     Oh, my God of glory, majesty, oh, praise
12 forever to the king. Oh, praise forever to the king
13 of kings. We thank you Lord.
14     DAVID NASSER: Wow. Amen. All right, we'll close
15 in prayer, so don't sit down. Just a quick couple
16 thoughts before we get out of here. I know that
17 tonight, again, seemed a little more somber for us
18 and reflective for us.
19     Know that in weeks to come we're going to come
20 in here, we've got a lot of incredible things
21 planned. We actually had a pretty massive opening for
22 us planned for this night, and we just felt like it

LUADMINREC000421

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

65

1  might be a little tone-deaf for us to start the way
2  that we originally planned. We're probably going to
3  kick that into maybe next week or the week after. But
4  I can't wait for use to come into this place and just
5  go after the Lord.
6      We had, I think, over a thousand people that
7  were on the wait list. Actually, if you look up
8  there. You see that whole entire upper deck? It was
9  in scaffolding this morning, and so, those tickets
10 were not available. And then the good folks at
11 construction worked twice as hard when they found out
12 we'd immediately sold out. Then they worked and they
13 took all those things out. Man, Dan Deeter (phonetic)
14 and his team are amazing. (applause).
15     And so, then we told them last second that'll
16 be open, and so, we're going to still pack that out.
17 And then we've got to figure out between now and next
18 Wednesday, what we're going to do together, and
19 whether we're going to, like, kick this back and do
20 two of these, or we're just going to do overflow, or
21 maybe just kind of take turns making sure we're
22 together.

66

1      We're just going to roll with this as this
2  season progresses and see what God gives us. But
3  again, thanks for being so great. You guys did a
4  phenomenal job tonight. Coming in here, socially
5  being distant, leaving your masks on. I think what
6  you're doing in that is you're serving one another.
7      And so, it's not my natural tendency as well,
8  so I keep finding myself taking it off and having to
9  put it back on, but I'm hoping that I'll get more and
10 more used to it and more and more committed. And so,
11 let's hold each other accountable in it. Don't beat
12 somebody up when they're not doing it. Instead, show
13 them grace and truth. Tell them the truth, like, you
14 should put this on. But then be gracious in the
15 posture and in the tone that you use.
16     Two quick things, all right? Commuters. We're
17 so glad that more and more of our commuters are part
18 of this than ever before. It's not just Campus
19 Community, it's like Campus Commuter Community more
20 and more every week.
21     And so, our commuters, tonight in Green Hall
22 1870A, which is directly behind the commuter lounge,

67

1  they're having a little bit of a get together that
2  will launch next week's community groups for
3  commuters.
4      And so, if you want to go up there, this will
5  be a great night for you to meet some other
6  commuters, find out what commuter community groups we
7  have all over the city, in apartment complexes and
8  different things. If you want to be a part of that,
9  just go to that. I bet they've got food and good
10 stuff for you, all right? So, go be a part of that
11 tonight.
12     Our app that we always take notes in crashed,
13 all right? And I think just being the first day.
14 Honestly, I think it's our fault. We made everybody
15 watch combo, all right? And then, like, (inaudible),
16 they just blew up. But since then, they've been
17 recouping and by the way, our folks at IT led by John
18 Gogger (phonetic), they are phenomenal at what they
19 do. They've been preparing for this moment. Let's
20 thank them. (applause).
21     But it crashed, and so we weren't able to,
22 tonight, upload the notes that we always use, you

68

1  know, for community groups that happen tonight at
2  10:00. So, they told me to tell you that you can text
3  CCNotes, C-C-N-O-T-E-S. All right, CCNotes to 24502
4  and they'll send you the notes. Okay? So, you can
5  text that and they'll send you the notes.
6      I also wrote down that journal entry, that
7  statement, all right? So, I'll have them put that in
8  there as well so you'll have that if you want it.
9  Just so you'll have that for yourself.
10     On your way out... everybody that's here. Look
11 at that entire upper deck. Look at everybody.
12 Everybody looks so good, perfectly socially distanced
13 here. Look at me, if you would. We've done all this
14 work. You came in at an assigned gate, right? That
15 was given to you. That's why we did the reservations.
16     So, do me a favor if you would, don't huddle up
17 now on your way out. All right? So, be aware that
18 people are going to be leaving. And as they leave,
19 like, be socially distant. Wait, be patient so that
20 we leave and we're continuing to just do this for one
21 another and our family members that are back home,
22 and all the people that'll be affected in a good way

LUADMINREC000422

Transcript of Campus Community at Liberty University

Conducted on August 26, 2020

---

**69**

1  when we practice these good, safe practices together.
2  All right?
3      Last thing. We didn't get to have freshman
4  incoming convo. We normally get that and it's about
5  4,000 freshman in convo and people that, like,
6  transfer from Purdue here or transfer from, you know,
7  Harvard here. We actually have somebody who
8  transferred from Harvard. All right?
9      Sometimes we get this freshman convo. We get
10  this, like, new student convo and we get to be
11  together, and it got rained out. We were going to be
12  in this football stadium last Friday. It got
13  completely drenched. And so, we did a digital format
14  of it, but a lot of people didn't get to watch it
15  because they just figured, oh, it was just cancelled.
16      And so, what I wanted to do since we're are in
17  here, was just welcome all of our incoming freshman
18  and our transfer students that have come here.
19  (applause). We're glad God's got you to be a part of
20  this. Welcome. We love you. Hear that. Come on, give
21  it up for them. Come on. We're excited God's brought
22  you here. Thank you. Thank you for joining us. We're

**70**

1  honored. Can't wait to get to know you.
2      If you are an incoming freshman or you're, you
3  know, just a transfer student, I always, at that
4  freshman convo, give my cell phone out. It actually
5  is my cell phone, all right? So, I know you might not
6  want it, but just in case. I want to be able to be,
7  you know, your pastor, and I want to be able to hear
8  from you. And normally-- normally it's something that
9  I can defer to someone else.
10      And so, if it's a spiritual question or
11  anything that I can do to serve you, or if there's a
12  thought. You really feel like in the trenches, it's
13  happening, you want me to know so I can be praying or
14  be an advocate for you. If you've got questions about
15  the bus route, if you've got to complain about
16  something. We know, the good folks that serve you in
17  food in all that, don't put that in my box. You know?
18  Don't text that to anybody. If, you know-- and I
19  always keep it on at night, so that if I see
20  something that is time sensitive, I'll wake up.
21      So, I don't want to wake up at like 1:00 in the
22  morning with just something you want that's not time

**71**

1  urgent. But if-- so, I trust you to have the maturity
2  to use this and not abuse it. All right, if you
3  would, those of you who want it. My cell phone, it's
4  obviously (inaudible).
5      (inaudible) and we'll always have an RS or a
6  community group leader come with you. I never meet
7  with anybody alone. And so, we always come in and 99%
8  of the time it's just getting to know each other or
9  something. Be patient. Sometimes they load up and
10  they get backed up a little bit, but the answer's
11  always yes.
12      And so, if you want to meet, if you want to
13  talk about something, if you-- whatever. It will be
14  grace and truth, by the way, so you might not like
15  what you're hearing or the end of it. Hopefully, you
16  will, but normally it becomes a really great
17  opportunity for us to get together.
18      And so, that's my cell phone. That's the email.
19  And then, you can-- if you want to follow me on
20  Instagram. I always check those, you know, and look
21  at messages and stuff. Like, that's just one more way
22  for us to keep up with one another.

**72**

1      I tend to sometimes put out messages. Like
2  tonight, when that opened up, I just posted about
3  that really quickly. And so, it's a good way to get
4  information as well as just for you to get a peek
5  into, I guess, my goofy 50-year-old life. All right?
6  So, it's @DavidNasser on Instagram and Twitter and
7  all that stuff, and I know most of you don't do
8  Twitter, but I just wanted to say that, all right?
9      All right, God bless you guys. If you would,
10  just put your arm this way. We always just end with
11  just a prayer blessing. And I know some of y'all are
12  like, are we going to do that song, Blessing? We are.
13  All right, we're going to do it soon, but not
14  tonight.
15      Let me just bless you, all right? Father, I
16  just pray for these men and these women who are here
17  tonight, just a blessing over their life. That God,
18  the curse of sin and darkness and death has been
19  removed from them so that they may be light. That
20  Jesus, the light of the world, lives in them so that
21  they may be light and that they would shine bright
22  this week.

LUADMINREC000423

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

73

1    I pray that God, what we talked about tonight,
2  would not just be celebrated, but submitted to in
3  life. They would be exuders of grace. Tonight, now
4  Lord, let it go further in this. Give us permission,
5  God, to go further in this truth as we go in our
6  community groups. And so, may the Lord bless you, and
7  may the Lord keep you, and may the Lord shine His
8  radiant face upon you. I love you. Go with God. All
9  right?
10    Remember, stay socially distant on your way
11 back. God bless you guys. We'll see you next week.
12 Thank you. (applause).
13    By the way, by the way, by the way, by the way.
14 Friday's convocation guest will be Andy Stanley
15 (phonetic). So, I just wanted to say that to you. So,
16 it's going to be awesome. God bless you guys. See
17 you.
18
19    (The recording was concluded.)
20
21
22

74

1          CERTIFICATE OF TRANSCRIBER
2       I, Steph Mistele, do hereby certify that
3  the foregoing transcript is a true and correct record
4  of the recorded proceedings; that said proceedings
5  were transcribed to the best of my ability from the
6  audio recording and supporting information; and that
7  I am neither counsel for, related to, nor employed by
8  any of the parties to this case and have no interest,
9  financial or otherwise, in its outcome.
10
11  *Steph Mistele*
12
13 _____
14 Steph Mistele
15
16
17
18
19
20
21
22

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

LUADMINREC000424

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020                                      20

| A | | | |
|---|---|---|---|
| **ability** | 35:4, 50:18 | 15:16, 15:19, | 29:15, 30:9, |
| 74:5 | **act** | 28:17, 31:12, | 30:11, 31:9, |
| **able** | 49:3, 52:10, | 33:9, 33:11, | 53:12, 60:10, |
| 10:9, 10:19, | 53:9 | 47:19, 64:17, | 68:6 |
| 11:17, 11:20, | **action** | 66:3 | **alumni** |
| 25:1, 27:7, | 27:12 | **against** | 18:13, 23:10 |
| 35:5, 67:21, | **active** | 34:11, 41:18 | **always** |
| 70:6, 70:7 | 20:12 | **age** | 28:19, 35:2, |
| **about** | **actually** | 51:6 | 52:11, 67:12, |
| 2:18, 16:4, | 32:10, 43:16, | **ago** | 67:22, 70:3, |
| 18:18, 18:19, | 45:4, 48:17, | 28:22, 29:1, | 70:19, 71:5, |
| 19:5, 20:7, | 54:15, 58:17, | 29:8, 54:21, | 71:7, 71:11, |
| 20:14, 21:10, | 64:21, 65:7, | 54:22 | 71:20, 72:10 |
| 21:12, 23:4, | 69:7, 70:4 | **agony** | **amazing** |
| 26:4, 26:8, | **adopt** | 40:14 | 65:14 |
| 26:12, 26:20, | 51:2, 51:5 | **aimed** | **amen** |
| 31:16, 31:19, | **advocate** | 23:15, 23:20 | 8:17, 14:1, |
| 34:10, 35:1, | 50:8, 57:13, | **airplane** | 21:7, 34:15, |
| 35:7, 35:9, | 70:14 | 39:13 | 37:13, 42:7, |
| 36:22, 38:1, | **affected** | **alaska** | 55:22, 63:18, |
| 38:22, 43:21, | 68:22 | 3:15, 3:16, | 64:14 |
| 44:16, 45:7, | **afraid** | 3:17, 4:2, 4:16 | **among** |
| 45:21, 48:8, | 3:17 | **alaska's** | 14:10, 14:13, |
| 48:9, 48:16, | **african-american** | 3:22 | 39:1 |
| 48:18, 50:19, | 29:9 | **alaska-** | **and-** |
| 53:15, 55:15, | **after** | 3:17 | 3:16, 58:21 |
| 58:22, 69:4, | 11:2, 11:4, | **alive** | **andy** |
| 70:14, 70:15, | 11:5, 11:6, | 7:21, 11:1, | 73:14 |
| 71:13, 72:2, | 11:8, 11:9, | 16:16 | **anecdote** |
| 73:1 | 11:10, 11:11, | **allows** | 55:19, 55:21 |
| **above** | 11:14, 22:20, | 33:6 | **angels** |
| 12:9, 61:12, | 23:2, 29:11, | **almighty** | 14:4, 63:19 |
| 61:22, 62:12 | 29:14, 29:19, | 8:22, 9:9, | **angle** |
| **abundantly** | 29:20, 31:12, | 54:17 | 22:10 |
| 40:2 | 31:15, 32:17, | **almost** | **angry** |
| **abuse** | 49:21, 59:11, | 6:6, 53:11, | 25:8 |
| 71:2 | 60:5, 65:3, 65:5 | 57:17 | **another** |
| **accomplish** | **afternoon** | **alone** | 25:19, 37:21, |
| 33:4 | 22:18 | 13:18, 27:1, | 39:11, 39:14, |
| **accountability** | **again** | 71:7 | 43:10, 44:4, |
| 44:2, 58:14 | 4:16, 8:4, | **alongside** | 66:6, 68:21, |
| **accountable** | 11:5, 12:6, | 33:10 | 71:22 |
| 27:12, 56:4, | 12:7, 12:8, | **already** | **answer** |
| 66:11 | 12:13, 12:14, | 25:14, 45:14 | 36:8, 36:20 |
| **across** | 12:15, 12:17, | **also** | **answer's** |
| 8:13, 18:12, | 12:18, 13:10, | 21:13, 21:15, | 36:9, 71:10 |
| | 13:12, 14:3, | 22:14, 25:3, | **any** |
| | 14:5, 15:9, | 25:4, 27:11, | 7:1, 7:3, |

LUADMINREC000425

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020                                        21

20:12, 23:9,
24:6, 25:9,
30:11, 44:20,
47:3, 47:13,
47:19, 57:1,
74:8
**anybody**
3:11, 3:15,
4:12, 28:15,
35:17, 45:1,
52:14, 57:5,
57:19, 58:3,
58:7, 70:18,
71:7
**anyone**
36:11, 36:15,
56:12
**anyplace**
4:15
**anything**
25:21, 43:17,
55:13, 70:11
**anyway**
6:11, 31:11
**apart**
37:19
**apartment**
67:7
**apologize**
28:14
**apologizes**
33:18, 34:1
**app**
37:5, 46:21,
67:12
**appears**
12:11
**applause**
7:7, 33:11,
62:18, 65:14,
67:20, 69:19,
73:12
**apple**
42:18, 42:19,
42:21, 46:1
**applies**
52:14, 52:16,
52:17, 52:18,

52:19, 52:21
**apply**
26:6
**aren't**
36:4
**aren't**
21:20
**arm**
72:10
**arms**
8:7
**around**
4:9, 4:22, 8:7,
25:12, 25:18,
42:3, 48:8
**art**
9:6
**as-**
35:15
**ascernment**
20:18
**ashamed**
3:17
**asked**
29:14
**asking**
18:10, 18:20,
27:6, 35:11,
36:4, 36:5
**assigned**
68:14
**associated**
52:1
**assured**
30:10
**ate**
47:10
**athlete**
30:12
**atmosphere**
61:5
**attitude**
59:16
**attitudes**
20:13
**audience**
8:14, 21:17,
22:13

**audio**
74:6
**audit**
18:15
**august**
1:4
**author**
35:18
**available**
65:10
**awaken**
13:1, 13:5
**aware**
25:4, 31:4,
68:17
**away**
18:16, 43:9,
43:10, 45:11,
47:4
**awe**
63:19
**awesome**
73:16

| B |
| --- |

**baby**
44:10
**back**
4:2, 12:1,
19:7, 34:18,
48:17, 53:10,
55:10, 65:19,
66:9, 68:21,
73:11
**backed**
71:10
**bad**
42:10
**baggage**
28:11
**baptism**
41:7
**baptized**
44:21, 44:22
**barriers**
37:17
**basketball**
30:19

**beat**
66:11
**became**
6:1, 38:5,
39:1, 44:7,
44:14, 44:15
**because**
6:22, 12:15,
21:18, 26:13,
28:10, 30:3,
31:1, 32:10,
35:14, 35:20,
36:21, 37:4,
38:17, 41:16,
42:2, 44:15,
45:14, 45:22,
46:8, 46:18,
47:7, 49:18,
50:2, 50:3,
50:20, 52:3,
52:11, 55:16,
55:17, 59:13,
60:13, 69:15
**become**
8:16, 23:8,
40:11
**becomes**
32:4, 32:5,
52:3, 58:15,
71:16
**bed**
24:2
**been**
2:16, 6:2,
10:3, 10:7,
10:9, 10:15,
10:16, 10:18,
11:15, 11:16,
11:19, 14:14,
18:13, 22:1,
24:14, 27:3,
27:22, 28:12,
29:6, 30:3,
33:18, 34:16,
34:17, 34:21,
35:7, 35:9,
35:10, 36:9,
36:10, 41:17,

LUADMINREC000426

44:21, 45:10,
57:6, 62:5,
62:7, 67:16,
67:19, 72:18
**before**
2:5, 14:20,
16:17, 18:5,
18:6, 18:21,
21:8, 21:9,
21:10, 21:14,
27:15, 32:8,
33:5, 38:12,
47:18, 48:13,
54:9, 57:1,
61:4, 64:16,
66:18
**began**
30:1, 38:13
**begin**
22:21, 27:18,
27:20, 35:21,
36:1, 54:10,
60:22
**beginner**
38:13
**beginning**
12:1, 38:6,
38:12, 38:13,
38:16, 38:20
**beginnings**
22:16
**behalf**
28:15, 30:17
**behavior**
27:12, 57:18
**behind**
66:22
**being**
21:12, 21:19,
25:19, 29:17,
37:7, 44:9,
53:14, 57:16,
66:3, 66:5,
67:13
**believe**
6:14, 24:21,
33:2, 47:5,
47:6, 47:7,

48:11, 48:15,
48:20, 48:21,
49:5, 49:6,
52:15, 55:16
**believed**
29:16
**believer**
44:10
**believers**
8:2
**believes**
49:5
**beloved**
45:14
**bend**
40:15, 56:16,
59:6
**beside**
9:6
**best**
30:21, 41:4,
74:5
**bet**
67:9
**better**
3:20, 4:8,
4:11, 27:21,
28:20, 28:21,
36:2, 36:6,
46:13
**between**
14:12, 65:17
**bible**
23:8, 23:21,
25:18, 35:19,
38:8, 44:8, 57:9
**big**
3:10, 4:6,
5:12, 6:18, 7:7,
21:19
**biggest**
4:1
**birth**
48:13
**birthed**
57:22
**bit**
33:7, 56:3,

67:1, 71:10
**bite**
42:18, 42:19,
42:21, 43:2,
43:6, 45:22
**black-face**
29:12
**blazing**
14:9
**bled**
13:14
**bless**
8:7, 32:21,
72:9, 72:15,
73:6, 73:11,
73:16
**blessed**
9:2, 9:12
**blessing**
2:7, 72:11,
72:12, 72:17
**blew**
67:16
**blind**
47:15
**blood**
15:3, 49:11,
56:17, 64:3
**blown**
25:15
**blunt**
26:14
**board**
23:10, 23:18,
26:10, 52:20
**body**
13:16, 60:10
**bone**
20:13
**bones**
13:1, 13:5
**books**
24:17
**born**
19:5, 63:22
**both**
25:4, 27:6,
34:13, 39:6,

39:9, 39:11,
39:14, 39:16,
39:17, 42:22,
43:2, 43:7,
43:20, 58:5,
58:6
**bound**
13:16, 41:14,
41:19
**bow**
7:8, 7:16,
17:4, 17:8,
17:11, 17:21
**bowls**
14:21
**box**
70:17
**bread**
48:21, 48:22
**break**
14:2
**breaks**
28:4
**breath**
10:9, 10:19,
11:16, 11:20,
47:17, 63:17
**bridges**
49:17
**bright**
72:21
**bring**
12:2, 32:8,
52:1, 52:2,
60:15
**broken**
61:8, 62:5,
62:7
**brother**
2:15, 8:2
**brought**
6:11, 26:22,
27:22, 28:1,
41:22, 69:21
**buddy**
5:12, 5:18
**build**
23:21, 50:4,

LUADMINREC000427

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020                                   23

| | | | |
|---|---|---|---|
| 50:5, 50:12, 50:13, 50:16 | 59:10, 62:21, 62:22, 68:14 | celebrate 61:1 | child's 41:7 |
| built 26:21 | camp 27:5 | celebrated 73:2 | children 47:12, 48:13, 51:13 |
| burning 16:11, 16:13, 16:20, 17:2, 17:19, 19:22, 20:4, 61:7 | campus 1:3, 2:13, 3:3, 6:4, 8:19, 19:10, 23:7, 23:16, 24:13, 29:1, 33:17, 34:18, 34:20, 34:21, 46:22, 66:18, 66:19 | celebrating 41:21 | chock 37:5 |
| | | celebration 56:20 | choice 29:16 |
| | | cell 70:4, 70:5, 71:3, 71:18 | chorus 18:4, 18:6 |
| burst 30:1 | | center 20:8 | chose 7:10 |
| bus 70:15 | can't 6:5, 6:9, 12:1, 12:2, 24:16, 24:17, 24:19, 39:12, 39:13, 42:21, 43:1, 46:2, 65:4, 70:1 | certainly 23:12, 23:18, 28:20, 28:21 | christ 2:16, 7:15, 7:19, 8:16, 14:5, 28:2, 40:13, 44:21, 52:15, 63:22, 64:4 |
| bygones 56:5, 56:8 | | certificate 74:1 | |
| **C** | | certify 74:2 | |
| c-c-n-o-t-e-s 68:3 | | chains 17:4, 17:8, 17:11, 17:19, 61:10, 61:20 | christian 7:15, 28:7, 28:19, 42:5, 42:6, 44:7, 52:13, 52:15 |
| cake 43:3, 43:6 | can- 71:19 | | |
| call 31:21, 32:9, 32:12, 41:1, 52:13, 52:14, 58:14 | cancelled 69:15 | chairs 21:4 | christianity 33:16, 55:1 |
| | cannot 21:4, 46:2 | challenge 8:10 | christians 32:15, 51:5, 58:11 |
| | care 41:20, 50:3, 50:4, 50:19 | champion 7:12, 7:15, 8:16 | church 63:22 |
| called 29:22, 30:11, 30:13, 30:22, 31:14, 32:20, 32:22, 38:9, 38:10, 40:5, 40:17, 51:13, 53:16 | carol 5:6 | change 17:5, 17:6, 17:8, 17:10, 17:12, 17:14, 17:21, 18:2 | circles 37:3 |
| | case 70:6, 74:8 | | city 67:7 |
| | cast 13:13 | | claim 53:1 |
| | casting 25:20 | changed 16:8 | clarification 35:6 |
| calling 27:15, 29:17, 31:15, 32:15 | catalyst 54:16 | changing 61:5 | class 5:11, 22:3 |
| calls 32:13, 32:21 | catholic 48:14 | chapter 44:9 | clear 33:12 |
| calories 42:21 | cause 12:6, 12:13, 12:16, 13:10 | charity 50:10 | close 10:12, 31:18, 64:14 |
| came 7:21, 19:5, 25:2, 28:11, 31:18, 39:4, 48:12, 54:21, 54:22, 55:2, 56:10, 59:9, | cavalry 13:13 | check 60:12, 71:20 | closing 61:4 |
| | ccnotes 68:3 | child 51:5, 51:11 | |

LUADMINREC000428

collectors
47:10
college
28:16, 28:17,
28:18
combo
67:15
come
2:20, 2:22,
4:20, 4:22, 5:6,
5:16, 10:20,
11:3, 12:5,
12:12, 12:15,
13:1, 13:5,
13:10, 14:2,
15:12, 16:6,
16:7, 16:15,
17:4, 18:21,
19:15, 19:17,
20:8, 20:9,
21:6, 22:7,
23:2, 27:5,
34:4, 35:9,
40:10, 40:13,
43:8, 46:2,
47:12, 48:3,
48:19, 49:1,
50:7, 50:10,
50:18, 51:17,
56:21, 57:11,
58:21, 59:7,
59:13, 59:15,
59:20, 60:1,
60:3, 61:3,
63:15, 63:20,
64:19, 65:4,
69:18, 69:20,
69:21, 71:6,
71:7
comes
7:22, 23:9,
36:10, 36:11,
42:9, 42:10,
42:14, 44:1,
47:22, 51:6
comfort
41:14, 41:20
coming
5:19, 19:5,

20:15, 57:9,
61:13, 62:1,
62:14, 63:6,
66:4
commit
41:16, 55:14
committed
24:12, 41:17,
56:9, 66:10
communicate
36:2
communicating
35:3
community
1:3, 3:3, 6:5,
8:19, 23:7,
23:16, 29:1,
34:19, 37:2,
42:3, 44:4,
46:22, 60:20,
60:21, 66:19,
67:2, 67:6,
68:1, 71:6, 73:6
commuter
66:19, 66:22,
67:6
commuters
66:16, 66:17,
66:21, 67:3,
67:6
compassion
47:10
complain
70:15
completely
69:13
complexes
67:7
compromise
39:17
concerned
28:4, 28:5,
28:6
concerns
28:4, 28:6
concluded
73:19
condemnation
52:2, 60:8

condemned
53:13
condemning
26:11, 27:15,
58:11
condoning
27:16, 41:21
confessed
47:17
confirmed
32:19
conflict
58:10
conformed
53:5
connecting
7:14
conquered
63:18
consideration
31:12
considering
22:5
constantly
46:9
construction
65:11
context
34:21
continue
33:7, 55:6,
55:15
continuing
68:20
control
12:2, 48:14
conversation
52:6
convo
69:4, 69:5,
69:9, 69:10,
70:4
convocation
73:14
core
40:2
correct
74:3

could
6:9, 29:13,
33:19, 43:18,
43:19, 46:13,
59:20
counsel
74:7
count
33:9
couple
36:20, 64:15
courage
58:13
course
6:5, 22:14,
26:3
cover
56:17
covid
3:12
cradle
63:1
crashed
67:12, 67:21
crashes
39:14
created
38:18
creating
38:14
creation
38:14, 38:21,
63:7
creator
38:18
creatures
14:13, 14:20
criminal
47:16
cross
7:19, 16:15,
40:13, 40:14,
45:2, 47:16,
53:16, 54:20,
56:8, 56:17,
59:7, 59:12,
59:16, 59:21,
60:1, 60:4,

LUADMINREC000429

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020                                      25

60:5, 60:11,
63:8
crowds
47:11
crunch
42:20
crushing
56:9
crying
29:21
crystal
33:12
culture
21:21
curse
72:18
cursed
13:15
cutting
20:12

**D**

dad
8:1
dagger
44:1
daily
53:16
dan
65:13
dark
32:12
darkest
10:12
darkness
9:4, 32:2,
61:18, 62:19,
72:18
david
2:3, 8:8, 18:4,
20:5, 33:22,
52:17, 64:14
dawn-
14:2
day
5:9, 15:7,
15:8, 41:5,
41:7, 42:9,

42:10, 43:10,
49:10, 53:14,
67:13
daylight
52:4
days
10:3, 13:22,
14:7, 15:9,
15:14, 55:7,
60:12
de
46:19
dead
63:18
deal
32:11
dear
7:17, 7:18
death
7:22, 14:3,
14:4, 44:22,
59:12, 60:16,
63:18, 72:18
decision
31:17
decisions
31:14
deck
65:8, 68:11
declare
11:2, 11:9,
12:5, 17:3,
17:20
dedicate
8:15
dedication
26:22
dedication-
26:22
deeds
32:2, 51:4
deeper
37:4, 37:6
deeter
65:13
defer
70:9
define
37:19

defining
37:7
delight
45:9
delivered
54:22
demanded
53:19
department
47:13
derail
39:8, 39:9
described
31:20
deserve
27:21, 37:12,
60:8
deserves
4:4
desire
57:22
desperate
46:7, 46:8,
56:11
despise
63:8
development
29:2, 29:8,
30:5
die
7:19
died
13:14, 44:19,
59:12, 59:13,
60:4, 60:5,
63:10
different
36:20, 48:3,
53:2, 67:8
digital
69:13
directly
66:22
dirt
63:1
disappoint
25:15
disappointed
25:8, 26:2,

46:9
disciples
53:16
dishonoring
32:7
dismiss
61:4
disobedient
32:3
dispenser
57:7
distance
48:2
distanced
68:12
distant
48:2, 66:5,
68:19, 73:10
diverse
29:4
divide
4:2
do's
57:10
doing
2:4, 26:18,
50:14, 50:15,
66:6, 66:12
done
24:22, 53:11,
60:19, 61:1,
68:13
don'ts
57:10
door
5:17
dorms
18:11, 57:2
dovetailed
42:17
down
6:10, 11:7,
11:12, 13:16,
16:10, 16:19,
17:1, 17:16,
19:20, 20:2,
26:15, 26:18,
27:7, 35:5,

LUADMINREC000430

37:8, 47:3,
57:3, 59:9,
59:10, 61:13,
61:18, 62:1,
62:14, 64:15,
68:6
**dr**
2:12, 2:21,
3:1, 52:20
**drenched**
13:16, 69:13
**drink**
49:11, 50:16
**dry**
13:1, 13:5
**due**
45:12
**duty**
45:9
**dwelling**
39:1
**dying**
47:17, 50:2

**E**

**each**
7:9, 14:21,
30:20, 66:11,
71:8
**earlier**
38:5, 38:6
**early**
8:22, 22:1,
44:15
**earn**
45:13, 51:17,
59:21
**earth**
9:10, 9:17,
14:16, 61:14,
62:2, 62:14
**eat**
43:3, 49:6,
49:7, 49:11
**education**
28:8
**egg**
43:4

**either**
27:1
**elders**
14:13, 14:20
**else**
28:14, 28:15,
33:22, 43:17,
55:13, 70:9
**else's**
43:19, 57:15
**email**
71:18
**embarrassment**
27:22, 33:21
**employed**
74:7
**empowering**
45:8
**empty**
6:10
**encourage**
6:19
**end**
11:2, 24:2,
30:9, 35:1,
52:6, 60:15,
71:15, 72:10
**endless**
13:21, 14:7,
15:9, 15:14,
63:1
**enjoys**
57:16
**enough**
12:5, 12:12,
12:14, 13:9,
26:5, 26:14,
26:15, 32:8,
46:9, 50:4,
54:7, 59:14
**entire**
44:8, 65:8,
68:11
**entitled**
59:19
**entrance**
13:17
**entrances**
48:3

**entry**
68:6
**ephesians**
32:1
**erase**
25:11
**essence**
44:12
**essential**
42:3
**eternal**
49:13, 51:11,
60:8
**eternity**
31:10
**even**
20:16, 20:21,
21:21, 32:3,
32:17, 42:16,
44:11, 53:20,
55:6, 58:9, 63:8
**evening**
8:19
**event**
5:12
**eventually**
22:18, 46:10
**ever**
15:6, 24:22,
33:5, 54:19,
66:18
**every**
10:9, 10:19,
10:20, 10:22,
11:16, 11:20,
12:9, 15:4,
16:11, 16:20,
17:2, 17:18,
19:21, 20:4,
20:9, 26:7,
30:20, 33:7,
35:1, 36:8,
40:3, 48:2,
52:21, 55:18,
56:2, 56:3,
66:20
**everybody**
34:18, 35:11,

57:14, 57:15,
67:14, 68:10,
68:11, 68:12
**everyone**
52:4, 54:12
**everything**
11:7, 11:13,
17:5, 17:7,
17:9, 17:10,
17:12, 17:14,
17:22, 18:2,
20:7, 25:12,
32:4, 32:5,
45:7, 48:4,
53:19, 55:3,
59:15, 62:4
**everywhere**
35:7
**exactly**
37:13
**examine**
40:8
**example**
43:12
**exception**
24:6
**excited**
24:9, 69:21
**exciting**
4:18
**excluded**
23:19
**exempt**
34:12
**expect**
7:5, 7:6, 59:18
**expectation**
53:2
**expense**
41:20, 41:21
**experience**
7:11
**explained**
44:9
**explaining**
44:13
**explicitly**
26:8

LUADMINREC000431

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

27

expose
32:2
exposed
32:4
extension
58:2
extravagant
27:10
exuders
73:3
eye
9:4
eyes
14:15, 16:17,
62:21

**F**

face
14:11, 16:6,
73:8
fact
6:10, 39:20,
43:21, 48:11,
50:6
faculty
23:10
fails
10:3
faint
64:2
faith
21:21, 33:17,
50:2
faithful
10:7, 10:15,
10:16, 10:17,
11:1, 11:15,
11:19, 24:4
faithfulness
13:8
fall
16:10, 16:19,
16:22, 17:4,
17:8, 17:11,
17:16, 18:17,
19:20, 20:2,
58:18, 61:10,
61:20

fall-
17:20
falwell
26:4, 26:9,
31:20, 36:10,
52:17
falwell's
25:10
family
22:19, 23:12,
24:12, 26:18,
28:7, 30:11,
31:13, 32:18,
33:10, 33:15,
36:10, 52:17,
52:18, 68:21
far
5:5, 47:11
father
10:13, 38:17,
38:19, 39:4,
40:12, 41:3,
51:12, 63:2,
63:12, 63:20,
64:6, 64:9,
72:15
fault
67:14
faults
57:15
favor
37:10, 37:14,
37:20, 45:14,
45:15, 68:16
favorite
44:6, 44:14,
47:21, 63:15
fear
12:9, 16:10,
17:4, 17:8,
17:11, 25:21,
62:6, 62:8
fear-
17:20
feed
49:15
feeds
49:3, 49:9

feel
4:20, 22:11,
25:22, 57:9,
58:13, 59:18,
70:12
feeling
26:1, 35:3
feels
41:9
feet
13:15, 20:2
fell
14:20
felt
30:10, 30:13,
31:14, 32:19,
64:22
female
8:19, 9:16,
10:17, 10:21,
16:3, 19:19,
61:5, 62:19
few
23:7, 32:17,
34:16, 35:8,
56:20, 60:12,
61:3
field
3:8, 7:12
figure
65:17
figured
69:15
fill
6:5, 6:7,
61:10, 61:14,
61:20, 62:2,
62:14
filled
40:11, 40:12
finally
5:18, 45:12
financial
74:9
find
5:2, 5:13,
49:4, 54:19,
54:20, 56:19,

67:6
finding
66:8
finds
49:7
fire
10:12, 46:20
first
2:11, 3:4,
6:17, 21:19,
22:3, 25:2,
25:20, 28:13,
29:1, 31:16,
32:16, 44:7,
50:11, 52:8,
54:16, 67:13
five
23:4, 36:21
flame
61:8, 64:1
fleeing
61:18
flesh
38:5, 38:9,
38:15, 39:1,
49:11
flour
43:5
flowing
61:19
flows
40:17
fly
39:12, 39:13
folks
65:10, 67:17,
70:16
follow
53:17, 71:19
followers
53:20
food
67:9, 70:17
foot
45:2, 54:20,
56:7, 56:16,
59:6
football
3:9, 18:10,

LUADMINREC000432

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020                                     28

| | | | |
|---|---|---|---|
| 30:15, 30:16,<br>30:18, 48:9,<br>57:4, 69:12<br>**forefront**<br>55:13<br>**foregoing**<br>74:3<br>**forever**<br>10:21, 15:6,<br>15:9, 51:19,<br>63:4, 63:14,<br>64:12<br>**forever-**<br>64:8<br>**forevermore**<br>13:21, 14:7,<br>15:14, 15:20<br>**forget**<br>29:21<br>**forgiven**<br>62:6, 62:8<br>**forgiveness**<br>27:10, 56:15,<br>59:17, 59:19<br>**forgiving**<br>25:19<br>**form**<br>36:2, 43:16<br>**format**<br>69:13<br>**former**<br>26:9, 30:19,<br>30:20, 34:8<br>**forsake**<br>12:19<br>**forsaken**<br>12:21, 13:3<br>**forth**<br>48:17<br>**forward**<br>8:11, 39:10<br>**found**<br>17:6, 17:10,<br>17:13, 18:1,<br>65:11<br>**foundational**<br>44:15<br>**founder**<br>28:19 | **fountain**<br>40:10<br>**four**<br>14:13, 14:19,<br>29:8<br>**free**<br>4:20, 54:13,<br>54:16, 54:17,<br>54:18, 62:5,<br>62:7, 64:4<br>**freedom**<br>54:16, 64:3<br>**freshman**<br>4:10, 69:3,<br>69:5, 69:9,<br>69:17, 70:2,<br>70:4<br>**freshmen**<br>6:16, 33:1<br>**friday**<br>69:12<br>**friday's**<br>73:14<br>**friend**<br>7:5, 10:14,<br>33:14, 41:4<br>**friendly**<br>43:22<br>**friends**<br>7:1, 7:2, 7:3<br>**front**<br>20:8<br>**frontload**<br>52:8, 52:12<br>**fruitless**<br>32:1<br>**fulfil**<br>62:21<br>**full**<br>14:21, 39:4,<br>39:21, 40:1,<br>40:3, 40:4<br>**fullness**<br>36:19<br>**fun**<br>2:15, 4:19<br>**further**<br>47:3, 47:19, | 57:1, 73:4, 73:5<br>**G**<br>**gals**<br>3:10<br>**games**<br>3:13<br>**gap**<br>49:17<br>**gate**<br>68:14<br>**gather**<br>61:16<br>**gathered**<br>48:10<br>**gathering**<br>21:20, 23:13<br>**gave**<br>36:19<br>**gaze**<br>14:11<br>**gentler**<br>47:13<br>**getting**<br>30:8, 34:18,<br>34:20, 35:3,<br>42:22, 43:2,<br>71:8<br>**gift**<br>34:14<br>**girl**<br>5:22, 6:7<br>**girls**<br>5:14, 5:19,<br>30:19<br>**give**<br>2:21, 3:9,<br>6:18, 7:6, 11:7,<br>11:13, 18:2,<br>20:18, 35:12,<br>35:21, 38:11,<br>45:5, 51:19,<br>52:7, 54:7,<br>54:8, 58:6,<br>61:4, 69:20,<br>70:4, 73:4<br>**given**<br>23:10, 33:2, | 59:5, 59:21,<br>59:22, 68:15<br>**giver**<br>48:22<br>**gives**<br>43:9, 43:10,<br>43:12, 45:5,<br>45:16, 49:16,<br>66:2<br>**giving**<br>46:20<br>**glad**<br>3:2, 6:4, 7:10,<br>23:16, 66:17,<br>69:19<br>**glimpse**<br>38:11<br>**glorifying**<br>33:8<br>**glorious**<br>62:11<br>**glory**<br>9:5, 12:10,<br>16:9, 16:11,<br>16:18, 16:20,<br>16:21, 16:22,<br>17:1, 17:15,<br>17:17, 17:18,<br>18:7, 18:17,<br>18:22, 19:3,<br>19:5, 19:14,<br>19:16, 19:19,<br>19:20, 19:21,<br>20:1, 20:3,<br>20:15, 21:12,<br>34:3, 34:6,<br>38:2, 39:3,<br>40:14, 63:1,<br>63:3, 63:13,<br>64:7, 64:11<br>**go**<br>4:2, 5:11,<br>5:15, 6:9, 6:21,<br>8:11, 12:1,<br>18:6, 20:19,<br>21:2, 24:2,<br>32:21, 33:22,<br>35:18, 35:20, |

LUADMINREC000433

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020                                    29

35:22, 37:1,
42:11, 42:21,
43:1, 44:17,
45:11, 45:17,
49:4, 49:21,
50:4, 50:12,
50:17, 50:20,
52:9, 53:10,
55:8, 55:20,
55:21, 57:1,
58:7, 60:12,
60:19, 65:5,
67:4, 67:9,
67:10, 73:4,
73:5, 73:8
**god**
7:18, 8:22,
9:2, 9:9, 9:12,
10:5, 10:10,
10:14, 10:20,
11:17, 11:21,
11:22, 13:21,
14:1, 14:6,
14:8, 14:16,
15:4, 15:6,
15:8, 15:12,
15:13, 15:16,
15:18, 15:22,
16:1, 18:8,
18:17, 18:21,
19:3, 20:22,
21:1, 21:3,
21:6, 21:12,
22:9, 24:3,
24:12, 24:19,
27:6, 29:17,
30:13, 30:22,
31:6, 31:15,
32:13, 32:21,
33:8, 34:8,
34:11, 34:13,
37:10, 37:12,
37:14, 37:15,
37:18, 37:22,
38:2, 38:3,
38:17, 38:18,
38:19, 38:20,
45:2, 45:3,

45:4, 45:8,
45:16, 46:10,
47:18, 48:20,
49:5, 49:6,
51:10, 51:11,
51:13, 53:5,
53:6, 53:22,
56:22, 57:8,
57:9, 57:11,
57:12, 57:22,
58:4, 59:1,
59:8, 63:3,
63:13, 64:7,
64:11, 66:2,
72:9, 72:17,
73:1, 73:5,
73:8, 73:11,
73:16
**god's**
2:9, 8:17,
21:8, 21:9,
21:14, 23:3,
26:5, 28:18,
33:4, 34:2,
35:20, 35:22,
37:16, 37:17,
37:18, 37:20,
37:21, 39:16,
40:6, 40:15,
52:12, 53:2,
60:7, 61:1,
69:19, 69:21
**god-**
45:1
**god-given**
33:2
**goes**
42:19, 48:17
**gogger**
67:18
**going**
2:5, 2:12,
2:13, 2:15,
3:10, 3:13, 4:2,
4:13, 4:14,
4:18, 4:19,
4:22, 5:8, 5:11,
5:14, 5:21,

7:11, 7:13, 8:3,
22:20, 24:6,
24:19, 24:21,
25:7, 25:15,
26:2, 26:6,
26:13, 26:15,
26:19, 27:1,
27:2, 30:5,
30:6, 30:7,
31:9, 31:10,
33:3, 35:20,
36:16, 37:6,
41:5, 41:6,
42:11, 42:13,
43:4, 43:5,
46:8, 46:10,
50:6, 50:9,
51:1, 51:2,
51:3, 54:19,
55:15, 61:2,
64:19, 65:2,
65:16, 65:18,
65:19, 65:20,
66:1, 68:18,
69:11, 72:12,
72:13, 73:16
**golden**
14:21
**gone**
55:21, 55:22
**good**
4:5, 4:19,
6:13, 8:19,
10:9, 10:19,
11:16, 11:20,
42:9, 51:3,
51:4, 54:17,
55:7, 63:17,
65:10, 67:9,
68:12, 68:22,
69:1, 70:16,
72:3
**goodbye**
31:9
**goodness**
10:5, 10:10,
10:14, 10:20,
11:2, 11:4,

11:5, 11:8,
11:9, 11:10,
11:13, 11:17,
11:21, 11:22
**goofy**
72:5
**google**
22:7
**gospel**
45:7, 49:20,
50:15, 51:7,
51:8, 51:14,
64:1
**governor**
29:12
**grace**
25:17, 25:18,
25:19, 27:6,
27:10, 34:7,
34:14, 36:19,
37:7, 37:9,
37:10, 37:11,
37:13, 37:16,
37:20, 38:1,
38:3, 39:5,
39:19, 39:22,
40:3, 40:6,
40:10, 40:16,
40:21, 42:7,
42:8, 42:9,
42:12, 42:13,
43:11, 43:12,
44:3, 44:5,
44:16, 44:18,
45:1, 45:2,
45:3, 45:5,
45:7, 45:10,
45:12, 45:13,
45:16, 45:18,
45:20, 45:21,
45:22, 46:3,
47:2, 47:6,
47:9, 47:20,
49:3, 49:16,
51:20, 52:12,
53:12, 53:21,
53:22, 54:7,
55:2, 55:4,

LUADMINREC000434

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020                              30

| | | | |
|---|---|---|---|
| 55:12, 55:15,<br>55:16, 55:21,<br>56:15, 57:12,<br>58:1, 58:4,<br>58:17, 59:2,<br>60:17, 66:13,<br>71:14, 73:3<br>**grace-**<br>37:9<br>**gracious**<br>66:14<br>**graduated**<br>22:2<br>**graduating**<br>5:10<br>**grandparent**<br>8:1<br>**graphics**<br>23:14<br>**grateful**<br>2:19<br>**grave**<br>7:21, 60:13<br>**great**<br>3:18, 8:12,<br>8:14, 20:10,<br>20:22, 26:20,<br>30:2, 30:4,<br>43:11, 46:19,<br>51:12, 60:5,<br>66:3, 67:5,<br>71:16<br>**green**<br>66:21<br>**grew**<br>29:7<br>**ground**<br>16:12, 16:21,<br>17:2, 17:19,<br>19:22, 20:4<br>**group**<br>3:4, 3:5, 3:7,<br>4:9, 34:19,<br>60:21, 71:6<br>**groups**<br>37:2, 42:3,<br>44:4, 60:20,<br>67:2, 67:6, | 68:1, 73:6<br>**grown**<br>23:7, 29:4<br>**guess**<br>51:17, 72:5<br>**guest**<br>73:14<br>**guests**<br>23:9, 24:9,<br>25:6, 50:6<br>**guilty**<br>56:10<br>**guy**<br>50:9<br>**guys**<br>3:10, 44:13,<br>66:3, 72:9,<br>73:11, 73:16<br>**H**<br>**half**<br>46:5, 46:6<br>**half-filled**<br>46:6<br>**halfway**<br>50:18<br>**hall**<br>66:21<br>**hallelujah**<br>9:7, 9:8, 9:13,<br>9:14, 9:16<br>**hand**<br>3:10, 5:1,<br>6:18, 7:7,<br>57:20, 58:3,<br>58:19<br>**hands**<br>10:4, 13:15<br>**happen**<br>68:1<br>**happened**<br>31:2<br>**happening**<br>18:19, 18:20,<br>22:6, 70:13<br>**happy**<br>26:13, 26:19<br>**hard**<br>20:16, 26:15, | 26:21, 26:22,<br>28:7, 65:11<br>**harp**<br>14:21<br>**harrison**<br>50:11<br>**harrison's**<br>50:9<br>**harshly**<br>25:22<br>**harvard**<br>69:7, 69:8<br>**have-**<br>6:6<br>**he's-**<br>49:1<br>**head**<br>10:5, 24:3<br>**heads**<br>7:8, 7:16<br>**healed**<br>17:6, 17:9,<br>17:13, 18:1,<br>47:15<br>**healing**<br>61:8, 61:18,<br>62:9<br>**hear**<br>14:12, 20:16,<br>27:10, 27:14,<br>54:4, 54:6,<br>57:5, 69:20,<br>70:7<br>**heard**<br>28:9<br>**hearing**<br>56:13, 71:15<br>**heart**<br>2:17, 13:9,<br>16:12, 16:20,<br>17:2, 17:19,<br>19:22, 20:4,<br>28:4, 36:2<br>**hearts**<br>8:10, 16:13,<br>53:18<br>**heaven**<br>14:3, 31:10, | 52:16, 53:15,<br>61:6, 62:20,<br>63:16<br>**heaven's**<br>16:17, 61:13,<br>62:1, 62:14<br>**heavens**<br>9:19, 9:20,<br>9:22<br>**heavy**<br>13:17<br>**heights**<br>26:21<br>**held**<br>10:3, 63:17<br>**hell**<br>53:15<br>**help**<br>4:9, 8:10,<br>57:12<br>**here**<br>2:8, 3:2, 3:3,<br>3:4, 3:8, 3:14,<br>3:15, 3:19, 4:7,<br>4:8, 4:11, 4:13,<br>4:14, 4:17, 6:4,<br>6:12, 6:14,<br>6:16, 6:22, 8:5,<br>8:11, 8:13,<br>12:3, 12:6,<br>12:7, 12:13,<br>12:14, 12:15,<br>12:17, 12:18,<br>13:10, 13:11,<br>16:5, 16:7,<br>16:14, 16:16,<br>17:5, 17:6,<br>17:8, 17:9,<br>17:10, 17:11,<br>17:13, 17:20,<br>17:21, 18:1,<br>18:19, 18:20,<br>22:1, 22:19,<br>23:2, 23:4,<br>23:6, 23:16,<br>23:19, 24:11,<br>24:12, 25:5,<br>25:12, 26:16, |

LUADMINREC000435

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020                    31

27:13, 27:20,
29:13, 30:14,
30:18, 38:1,
45:1, 48:1,
48:5, 48:9,
50:7, 52:14,
52:19, 52:20,
54:9, 54:21,
54:22, 55:2,
57:4, 57:19,
58:7, 59:5,
62:4, 62:17,
64:16, 64:20,
66:4, 68:10,
68:13, 69:6,
69:7, 69:17,
69:18, 69:22,
72:16
**here's**
36:18, 44:4
**hereby**
74:2
**hesitated**
28:9
**hey**
11:6
**hide**
9:4
**high**
5:10, 61:11,
61:21
**highly**
29:10
**himself**
40:7, 40:8,
48:22
**hold**
37:17, 56:4,
66:11
**holding**
14:21
**holds**
44:5
**holiness**
37:18, 57:22
**holler**
3:20, 4:12
**holy**
8:21, 9:1, 9:3,

9:6, 9:9, 9:11,
9:18, 9:20,
9:21, 9:22,
10:1, 13:1,
13:5, 16:12,
16:21, 17:2,
17:19, 19:22,
20:4, 37:18,
40:11, 62:10
**holy-**
37:19
**home**
18:15, 47:12,
51:9, 51:11,
51:18, 51:19,
60:22, 68:21
**homeless**
51:16
**homes**
51:15
**honestly**
35:12, 67:14
**honesty**
27:7
**honor**
2:5, 2:20, 3:2,
27:6, 33:9
**honored**
3:5, 4:16,
24:13, 70:1
**honoring**
32:8
**hope**
3:7, 4:20,
6:12, 8:15,
17:6, 17:9,
17:13, 18:1,
55:22, 62:20
**hopefully**
37:2, 71:15
**hoping**
66:9
**horns**
14:15
**hostages**
61:16
**hours**
24:16, 24:17

**huddle**
68:16
**hug**
60:22
**humble**
19:6, 19:8
**hunger**
49:12, 49:13
**hungry**
47:11, 48:10,
49:2, 49:8
**hurting**
28:3, 41:15,
41:16, 41:17,
41:18
**hypocrites**
53:14

---
**I**
---
**i-**
7:5
**idea**
45:19
**if-**
71:1
**illuminated**
32:5
**illustration**
26:8, 49:13
**illustrations**
34:10
**imagined-**
31:2
**immediately**
25:11, 65:12
**important**
7:13, 24:22,
25:3, 38:17
**importantly**
28:1
**imposter**
44:3
**in-**
6:10
**inappropriate**
36:13
**incense**
14:22

**including**
26:7
**incoming**
22:4, 33:1,
69:4, 69:17,
70:2
**inconsistencies**
54:2
**increase**
44:18, 45:18
**incredible**
64:20
**indeed**
54:14
**influence**
33:7
**information**
72:4, 74:6
**instagram**
71:20, 72:6
**instead**
45:6, 45:12,
66:12
**integrated**
42:17
**intended**
21:17, 22:13,
58:8
**intentional**
29:6
**interest**
74:4
**internet**
22:8
**introduce**
2:6, 7:4
**inventory**
18:18, 18:20
**invite**
5:14
**is-**
21:17, 58:9
**islam**
55:1
**it'll**
39:8, 39:9,
46:21

---
**J**
---
**jerk**
55:20

LUADMINREC000436

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020                                    32

jerry
3:1, 25:10,
25:16, 26:4,
26:8, 31:19
jerusalem
53:18
jesus-
53:21
job
1:20, 46:19,
66:4
john
38:4, 38:6,
38:11, 47:22,
48:19, 54:11,
67:17
join
23:13, 33:1
joined
23:22
joining
24:10, 25:6,
69:22
joseph's
13:17
journal
22:16, 68:6
judging
20:13
judgment
53:17
judgmental
26:1, 57:6,
58:12
jukey
36:16
just-
18:14, 57:1,
58:15
justice
37:22, 46:4,
50:15
juxtaposition
34:11

K

kabod
18:8

keep
66:8, 70:19,
71:22, 73:7
keeps
11:14, 35:11
kept
32:18
kevin
46:19
kick
65:3, 65:19
kicking
28:22
kill
5:8
kind
4:21, 22:17,
35:15, 46:16,
46:20, 51:4,
52:3, 54:10,
55:7, 58:18,
65:21
kinder
47:13
king
9:19, 9:21,
9:22, 14:5,
16:5, 63:4,
63:14, 64:12
kingdom
15:5, 63:6
kings
16:5, 63:4,
63:14, 64:13
knee
55:20, 56:16,
59:6
kneel
64:2
knees
24:18, 40:15
knew
21:16, 29:13,
30:2, 30:4,
31:14
know
2:7, 2:17,
2:18, 5:5, 7:22,

8:5, 10:13,
12:2, 17:17,
17:18, 20:18,
22:12, 22:18,
23:3, 24:1,
28:3, 28:16,
30:6, 30:8,
31:4, 31:7,
32:10, 34:19,
35:11, 35:16,
35:17, 35:21,
36:6, 36:16,
39:7, 40:21,
41:3, 41:6,
41:7, 43:17,
44:20, 46:15,
47:8, 48:7,
48:12, 49:8,
49:10, 50:8,
51:1, 52:2,
52:20, 54:18,
57:13, 59:7,
59:8, 59:17,
59:19, 60:3,
60:5, 60:9,
60:10, 64:16,
64:19, 68:1,
69:6, 70:1,
70:3, 70:5,
70:7, 70:13,
70:16, 70:17,
71:8, 71:20,
72:7, 72:11
know-
58:10, 70:18
knowing
23:13, 63:9
known
10:13, 19:1,
19:4, 19:16,
20:6, 21:13

L

lack
58:13
laid
11:6, 11:12,
13:16

lamb
14:13, 14:21,
60:6, 63:18
lame
47:15
lane
25:17
language
15:4, 35:12,
35:22, 36:1
languaging
36:7
lap
47:13
largest
3:21, 4:3, 23:8
last
2:12, 3:5, 5:9,
5:20, 23:7,
29:1, 32:17,
34:16, 35:8,
52:7, 52:8,
54:9, 54:17,
54:18, 55:5,
59:4, 65:15,
69:3, 69:12
later
19:7, 60:12
launch
24:18, 67:2
lavished
37:11
law
53:19, 57:8,
62:22
lawn
6:8
lay
10:4, 25:9,
27:7
lead
25:10
leader
7:14, 20:22,
71:6
leaders
34:19, 53:14,
60:21

LUADMINREC000437

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020                                    33

leadership
29:7, 34:22
leading
30:4
leans
57:17
leash
58:1
least
27:14, 59:4
leave
12:19, 25:4,
25:7, 30:13,
31:6, 31:14,
40:19, 41:13,
62:6, 62:8,
68:18, 68:20
leaves
13:4
leaving
66:5, 68:18
led
10:11, 67:17
left
58:18
legalism
55:20, 57:21
leper
47:15
let's
2:20, 2:21,
3:9, 7:8, 7:16,
8:17, 17:3,
18:2, 18:6,
18:21, 19:14,
19:15, 27:4,
37:7, 38:4,
39:4, 46:22,
53:10, 56:1,
61:2, 62:6,
66:11, 67:19
liars
53:14
liberalism
55:19
liberty
1:3, 2:3, 6:17,
7:10, 8:11,

22:2, 23:12,
23:20, 24:6,
24:7, 27:21,
28:1, 28:10,
28:15, 28:16,
28:18, 29:5,
29:13, 54:19
license
45:5, 58:17
licentious
58:15
life
2:20, 5:4,
10:7, 10:8,
10:15, 10:18,
11:6, 11:12,
11:15, 11:18,
11:19, 18:17,
19:16, 20:14,
34:11, 36:12,
36:14, 36:15,
41:8, 42:5,
42:6, 44:3,
46:7, 48:21,
50:22, 51:1,
52:2, 52:3,
52:16, 54:2,
55:12, 55:16,
57:6, 57:7,
59:1, 59:5,
59:9, 59:10,
59:11, 59:12,
60:1, 60:2,
60:17, 61:1,
72:5, 72:17,
73:3
lift
10:7, 13:20,
16:1, 57:20,
58:3, 58:19,
61:11, 61:21
light
32:4, 32:6,
62:20, 72:19,
72:20, 72:21
lights
21:3
like-
43:18

lips
61:19
list
65:7
listen
5:19, 36:17,
39:6, 42:19,
50:1, 60:19
lit
64:1
literally
38:1
little
5:22, 47:12,
64:17, 65:1,
67:1, 71:10
live
43:15, 44:20,
45:13, 46:6,
60:18
lived
10:14, 59:8,
59:10
lives
10:15, 17:5,
17:9, 17:12,
18:1, 18:15,
20:15, 39:7,
40:17, 52:22,
53:20, 56:3,
56:6, 72:20
living
14:13, 14:20,
20:11, 41:8,
49:12, 50:20,
59:11
load
71:9
loaded
37:5
long
2:16, 24:11,
26:14, 27:3,
33:6, 46:14,
46:18, 58:2
longer
20:20, 29:13,
44:20

look
4:9, 8:13,
19:7, 25:22,
32:21, 35:14,
38:4, 47:5,
48:8, 54:3,
55:7, 57:6,
57:7, 65:7,
68:10, 68:11,
68:13, 71:20
looked
5:18, 5:20
looking
4:22, 5:17,
26:17, 26:19,
55:10
looks
7:3, 34:4,
43:16, 43:18,
57:14, 68:12
lord
6:13, 7:15,
7:17, 7:18,
7:20, 8:8, 8:9,
8:10, 8:13,
8:14, 8:21, 9:9,
10:2, 12:21,
12:22, 13:1,
13:2, 13:4,
13:6, 13:20,
13:22, 14:6,
14:8, 15:8,
15:12, 15:13,
15:16, 15:18,
15:22, 16:1,
16:5, 18:6,
33:6, 34:3,
34:10, 54:17,
56:7, 56:18,
58:21, 58:22,
60:3, 63:5,
63:11, 64:13,
65:5, 73:4,
73:6, 73:7
lord-
6:13
lords
16:5

LUADMINREC000438

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

34

lost
8:5, 29:9,
30:3, 33:14,
52:3, 52:10,
52:11, 63:7
lot
2:15, 4:19,
5:13, 22:7,
30:6, 31:12,
34:21, 36:3,
37:4, 40:22,
46:16, 50:1,
54:5, 58:12,
64:20, 69:14
loudest
50:8
lounge
66:22
love
2:15, 9:7,
10:2, 10:11,
12:9, 16:17,
18:3, 18:13,
19:2, 24:11,
29:10, 29:15,
30:14, 30:16,
31:5, 31:8,
32:11, 33:9,
35:13, 37:10,
37:12, 40:5,
40:17, 40:18,
40:19, 41:11,
41:12, 46:12,
51:12, 54:7,
54:9, 54:10,
54:15, 56:5,
64:4, 69:20,
73:8
loved
8:6
loves
49:18, 49:19,
57:15
loving
7:17
low
25:9
lowly
59:20

lunch
2:14

**M**

made
5:1, 15:5,
19:3, 20:6,
21:13, 23:17,
31:4, 34:6,
38:2, 38:9,
38:15, 39:1,
40:7, 40:8,
45:20, 53:22,
54:13, 62:5,
62:7, 67:14
majesty
63:3, 63:13,
64:7, 64:11
make
16:6, 19:1,
19:16, 21:16,
22:11, 26:8,
33:3, 33:8,
39:15, 42:1,
43:7, 45:6,
50:21, 51:19,
61:19
makes
46:6
making
65:21
malaria
50:2
male
9:15, 10:2,
10:18, 10:22,
12:1, 13:13,
15:12, 15:19,
15:21
man
9:5, 26:17,
41:9, 43:6,
47:17, 57:14,
58:7, 59:4,
65:13
manger
19:5
manifest
18:9, 21:4,

38:2, 40:7,
40:9, 45:20,
54:1
manner
25:17, 26:10
many
2:11, 3:13,
3:15, 3:19,
6:15, 24:16,
24:17, 27:4,
28:3, 48:1,
53:13, 55:5
married
6:2
marrow
20:13
mask
29:12
masks
66:5
massive
64:21
matter
26:12, 39:20,
43:21, 44:2,
48:11, 50:6
matters
51:16
maturity
71:1
maybe
6:9, 7:22, 8:1,
21:21, 33:14,
33:15, 35:16,
36:6, 41:22,
48:16, 55:9,
58:8, 58:16,
58:17, 60:2,
65:3, 65:21
mean
31:2, 35:17,
36:18
mean-
59:9
means
38:7, 40:21,
44:18
meet
2:12, 2:13,

5:3, 12:6, 12:7,
12:12, 12:14,
12:15, 12:16,
12:18, 13:10,
13:11, 49:20,
49:21, 67:5,
71:6, 71:12
meeting
49:17
meets
51:21, 51:22
member
23:18, 30:2,
30:4, 33:15
members
23:11, 29:10,
68:21
memorized
44:8, 44:11
memorizing
44:10
men
30:15, 30:17,
48:12, 72:16
men's
44:8
mention
25:9, 32:3,
61:7, 61:17
mentioned
25:16, 25:18
merciful
9:1, 9:11
mercifully
9:11
mercy
10:2, 20:14,
37:22, 46:4,
56:15, 61:18,
62:21
mess
27:18, 33:20,
55:6
message
22:22, 35:3
messages
71:21, 72:1
messed
55:5

LUADMINREC000439

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020                                          35

messiah
13:18
met
5:8, 50:19
middle
12:3, 27:5,
31:7
might
16:15, 30:12,
41:19, 54:4,
54:5, 65:1,
70:5, 71:14
mighty
9:1, 9:12
million
51:14
mind
13:13, 23:5,
23:6, 23:17,
23:18, 24:15,
27:13, 53:8
minimum
48:18
minute
11:1, 12:21,
13:3
minutes
23:4, 36:21,
36:22, 56:20,
61:3
miracles
61:17
mirror
55:8
miss
30:5, 30:8,
30:18, 30:20
mistele
1:22, 74:2,
74:14
mom
8:1
moment
2:6, 10:4,
10:20, 10:22,
16:7, 18:7,
18:18, 19:17,
20:17, 20:22,

22:12, 23:19,
25:22, 27:5,
27:18, 27:19,
30:7, 30:9,
32:17, 34:5,
41:9, 47:22,
48:10, 49:1,
53:1, 55:12,
56:3, 56:21,
67:19
monday
42:11
more
6:15, 7:13,
15:9, 27:5,
27:17, 28:1,
28:11, 28:16,
28:17, 28:18,
32:19, 33:4,
40:22, 43:17,
45:19, 46:10,
48:15, 48:16,
51:15, 52:9,
53:15, 59:14,
61:3, 64:17,
66:9, 66:10,
66:17, 66:19,
66:20, 71:21
morning
8:22, 22:16,
22:17, 63:16,
65:9, 70:22
most
24:22, 29:4,
48:19, 72:7
mother
41:3
mountains
61:11, 61:21
mouth
57:18
move
25:11, 39:10,
61:11, 61:21
moved
63:17
moving
61:7

much
18:19, 26:12,
31:8, 35:15,
37:16, 40:19,
41:13, 42:13,
49:18, 49:19,
55:12, 56:5
must
43:13, 49:11
my-
58:19
myself
60:16, 66:8

## N

name
5:2, 6:21,
8:16, 9:10,
9:15, 10:1,
13:21, 14:6,
14:7, 15:13,
15:14, 15:17,
15:20, 17:13,
21:7, 25:12,
25:14, 28:2,
34:15, 50:13,
53:1, 61:7,
61:11, 61:12,
61:14, 61:17,
61:21, 61:22,
62:2, 62:3,
62:9, 62:10,
62:11, 62:12,
62:13, 62:15,
62:16, 64:3
named
50:9
names
61:12, 61:22,
62:12
nasser
2:3, 18:4,
20:5, 34:1,
52:17, 64:14
nation
15:5, 19:12
nation-
18:12

natural
66:7
nearly
18:19, 35:15
neck
60:22
need
12:15, 19:9,
19:10, 19:11,
19:12, 19:13,
21:3, 21:5,
34:8, 34:9,
36:11, 36:16,
36:18, 39:6,
39:11, 49:17,
49:21, 49:22,
50:5, 54:6,
55:9, 55:16,
56:11, 56:22
needs
39:10
neither
27:2, 74:7
never
10:3, 12:19,
13:4, 29:21,
45:21, 50:19,
59:5, 59:6,
59:21, 59:22,
71:6
new
6:22, 15:1,
24:15, 26:21,
69:10
newness
60:16
news
35:10
next
3:7, 24:22,
33:14, 47:17,
49:10, 56:20,
65:3, 65:17,
67:2, 73:11
nice
3:21
night
14:10, 23:1,

LUADMINREC000440

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

64:22, 67:5,
70:19
**nights**
10:12, 23:22
**nobody**
33:22
**none**
9:6, 34:12
**normally**
46:14, 46:15,
69:4, 70:8,
71:16
**normally-**
70:8
**northam's**
29:12
**not-**
42:8
**note**
25:3, 27:17
**notes**
20:21, 37:8,
42:1, 57:3,
67:12, 67:22,
68:4, 68:5
**nothing**
30:21, 32:1,
49:12, 57:10,
61:6
**november**
3:5
**now-**
6:2
**numbers**
48:14

**O**

**obedience**
45:13
**obedient**
29:17
**obey**
61:13, 62:1,
62:13
**obeyed**
53:18
**obviously**
23:9, 23:15,

25:13, 71:4
**of-**
29:3, 57:21
**offer**
51:9
**offered**
56:14, 56:16
**offers**
59:16
**office**
29:2, 29:5
**officer**
57:16
**oh**
10:2, 10:10,
10:11, 10:14,
10:19, 11:5,
11:17, 11:20,
11:21, 11:22,
12:18, 12:22,
13:6, 13:20,
13:21, 13:22,
14:4, 14:6,
14:8, 15:7,
15:8, 15:12,
15:13, 15:15,
15:16, 15:19,
15:22, 16:1,
16:4, 16:13,
16:21, 17:3,
17:10, 17:21,
19:20, 59:20,
63:11, 64:8,
64:11, 64:12,
69:15
**okay**
27:3, 31:21,
31:22, 32:9,
58:4, 58:20,
61:1, 68:4
**old**
19:5, 64:1
**on-**
38:5
**one**
3:18, 5:17,
5:21, 5:22, 6:7,
6:15, 14:18,

23:8, 25:19,
27:7, 27:13,
28:9, 28:13,
29:11, 30:20,
35:8, 36:21,
38:13, 39:3,
39:8, 39:12,
39:13, 41:5,
41:7, 42:3,
44:6, 44:13,
44:14, 46:1,
47:21, 50:6,
51:15, 52:21,
55:18, 61:8,
63:3, 63:13,
64:7, 64:10,
66:6, 68:20,
71:21, 71:22
**ones**
8:6
**only**
4:3, 9:6,
16:15, 25:17,
25:18, 26:4,
26:20, 27:13,
31:20, 32:10,
39:3, 40:16,
49:14, 51:18,
54:18, 56:14,
56:15
**open**
2:10, 15:2,
20:11, 21:8,
21:9, 34:2,
34:5, 51:10,
51:15, 65:16
**opened**
31:18, 72:2
**opening**
51:9, 51:18,
64:21
**opinion**
27:21
**opportunity**
34:22, 71:17
**opposite**
37:13
**option**
42:4, 42:5,

43:13, 43:14
**or"-**
42:4
**originally**
65:2
**orphan**
50:22
**orphans**
51:14
**osd**
34:18
**other**
10:13, 27:8,
30:12, 39:9,
39:12, 46:1,
58:7, 61:12,
61:22, 62:12,
63:9, 66:11,
67:5, 71:8
**others**
23:11, 31:14
**otherwise**
74:9
**ought**
28:20, 35:4,
53:2
**ounce**
40:3
**ourselves**
32:15, 56:19
**out**
4:6, 4:11, 5:2,
5:12, 5:13,
5:16, 5:19, 6:7,
6:20, 7:21,
8:13, 14:16,
17:16, 21:12,
21:13, 22:2,
22:17, 23:2,
27:15, 30:8,
37:2, 38:19,
40:17, 42:12,
42:13, 43:6,
43:9, 45:8,
45:9, 45:22,
46:10, 49:4,
49:7, 52:15,
55:1, 57:9,

LUADMINREC000441

57:15, 57:17,
57:22, 64:16,
65:11, 65:12,
65:13, 65:16,
65:17, 67:6,
68:10, 68:17,
69:11, 70:4,
72:1
**outcome**
74:9
**over**
2:13, 3:8,
5:18, 7:21,
47:19, 62:4,
65:6, 67:7,
72:17
**overbrimming**
40:1
**overcome**
16:16
**overflow**
65:20
**own**
18:14, 18:15,
41:3, 41:4,
53:20

**P**

**pack**
65:16
**package**
42:14
**pages**
1:21
**parents**
18:12, 23:11
**park**
5:11
**parking**
5:13
**part**
21:20, 22:22,
29:3, 29:6,
38:20, 43:4,
43:5, 46:1,
63:15, 66:17,
67:8, 67:10,
69:19

**partake**
40:9
**particular**
2:19
**parties**
74:8
**passage**
21:11, 21:12,
36:1, 38:4,
44:11, 46:17,
54:9, 54:10
**passages**
44:6, 44:14
**past**
24:1, 25:21
**pastor**
2:16, 2:17,
8:8, 24:13,
33:18, 46:19,
70:7
**path**
33:4
**patient**
68:19, 71:9
**patterns**
53:3, 53:7
**paul**
31:22, 44:17,
45:1, 45:17
**pay**
7:20, 28:7,
60:4
**peek**
72:4
**peeking**
24:9, 25:6,
57:3
**penalty**
60:4
**people**
8:17, 9:18,
15:4, 18:13,
21:22, 22:1,
22:2, 24:10,
25:6, 35:5,
35:13, 37:12,
39:16, 40:5,
40:18, 42:15,

43:13, 46:6,
48:1, 48:9,
48:19, 49:8,
49:22, 50:1,
52:10, 53:2,
53:22, 55:3,
57:2, 58:10,
65:6, 68:18,
68:22, 69:5,
69:14
**people-**
48:7, 52:13
**perfect**
9:7, 59:9,
59:10, 59:11
**perfectly**
68:12
**perhaps**
29:4, 58:9
**permission**
36:5, 45:3,
45:4, 73:4
**person**
5:3, 19:1,
41:5, 41:6,
41:8, 41:10,
51:6, 52:3,
57:15, 57:16,
57:17, 58:9,
60:17
**personal**
22:15, 23:6,
27:17, 27:19,
41:1, 41:2
**personality**
58:9
**personally**
28:14, 29:18
**persons**
9:2, 9:12
**pertaining**
25:19
**phenomenal**
66:4, 67:18
**phone**
29:19, 29:20,
29:22, 70:4,
70:5, 71:3,

71:18
**phonetic**
5:6, 50:9,
65:13, 67:18,
73:15
**physical**
49:12, 49:13
**pick**
26:7, 27:8
**picture**
5:1
**piece**
43:3, 43:6
**pierce**
14:10
**pillow**
24:3, 44:1
**pivotal**
30:6
**place**
4:5, 12:3,
12:22, 13:2,
13:3, 13:4,
13:5, 13:6,
13:7, 16:4,
16:7, 21:2,
22:8, 25:2,
32:16, 33:8,
36:14, 36:15,
41:22, 48:3,
51:7, 65:4
**places**
47:21
**plan**
33:6
**planned**
64:21, 64:22,
65:2
**play**
3:11
**plead**
56:10, 56:11
**please**
7:7
**point**
57:15
**police**
57:16, 57:18

LUADMINREC000442

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020

38

popular
54:5
posted
29:12, 72:2
posture
19:6, 59:16,
66:15
potential
8:14
pound
43:3, 43:6
poured
45:10
power
9:7, 16:15,
45:6, 45:13,
45:20, 60:14,
62:9
powerful
19:9, 62:11
practice
69:1
practices
69:1
praise
9:10, 10:1,
13:20, 13:21,
13:22, 14:6,
14:7, 14:8,
15:7, 15:8,
15:10, 15:11,
15:13, 15:14,
15:15, 15:16,
15:19, 15:20,
15:22, 16:3,
16:6, 18:3,
63:2, 63:4,
63:12, 63:14,
64:6, 64:7,
64:8, 64:9,
64:11, 64:12
praise-
64:8
pray
7:9, 8:6, 8:9,
8:17, 18:22,
19:15, 20:9,
20:17, 21:6,

22:21, 27:4,
31:16, 34:1,
34:4, 34:5,
34:12, 34:14,
56:1, 56:12,
56:18, 58:22,
72:16, 73:1
prayer
2:10, 7:9,
7:16, 20:5,
23:3, 31:12,
64:15, 72:11
prayers
14:22
praying
18:13, 24:14,
32:19, 70:13
preach
24:1
preached
24:5
preaching
21:11
precious
8:6
prefer
25:11
preparing
24:14, 24:18,
67:19
presence
21:5
president
2:7, 2:21,
4:17, 34:8,
52:19
pretty
26:2, 64:21
prevo
2:12, 2:21, 3:1
prevo's
52:20
priests
15:6
probably
2:11, 6:6,
21:18, 21:20,
24:21, 26:13,

26:15, 50:7,
65:2
proceedings
74:4
proclaim
9:17, 61:9
prodigal
41:8
professor
23:17
professors
52:18
progresses
66:2
promise
12:3
promised
4:14
prophecies
19:4
prophesied
53:17
prophets
62:22
pulls
33:15
punch
26:17
punctuate
20:20
purdue
69:6
purity
9:7
put
5:5, 6:2, 8:7,
24:2, 39:11,
44:5, 46:18,
47:3, 57:3,
60:11, 66:9,
66:14, 68:7,
70:17, 72:1,
72:10

Q

q&a
35:2
question
6:15, 35:8,

35:9, 36:21,
70:10
questions
35:5, 70:14
quick
46:17, 64:15,
66:16
quickly
72:3
quote
46:12, 46:14,
46:18, 46:21,
53:10
quotes
37:5, 46:14,
46:17

R

radiant
73:8
rained
69:11
raining
61:18
raise
60:16, 61:10,
61:20
rally
42:2
ransom
15:3
rapid
46:20
rather
25:13, 32:2
ration
42:12, 42:13
rations
43:9
read
21:15, 22:14,
22:19, 22:20,
22:21, 23:5,
33:12, 33:13,
38:1, 46:12,
46:22, 47:3,
47:19, 48:16
reading
21:16

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

LUADMINREC000443

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020                              39

| | | | |
|---|---|---|---|
| **ready**<br>37:9, 42:4 | **reflective**<br>64:18 | **resurrection**<br>60:14 | 9:22<br>**rise**<br>9:1, 12:9, |
| **real**<br>57:7, 59:16 | **register**<br>6:8 | **return**<br>14:9, 31:1 | 14:10<br>**roar** |
| **realize**<br>6:5 | **reign**<br>9:2 | **reveal**<br>63:6 | 14:5<br>**robes** |
| **realized**<br>25:7 | **reigns**<br>9:8, 9:14, 9:17 | **revealed**<br>16:17 | 14:9<br>**roll** |
| **really**<br>2:15, 3:6, | **reimagined**<br>29:7 | **revelation**<br>31:19 | 66:1<br>**rolled** |
| 22:15, 25:3,<br>29:6, 36:9, | **related**<br>74:7 | **right**<br>3:8, 3:11, | 38:19<br>**roman's** |
| 41:12, 42:9,<br>42:10, 44:1, | **relaunched**<br>29:8 | 3:18, 3:20,<br>3:21, 3:22, 4:1, | 53:4<br>**romans** |
| 44:2, 49:5,<br>55:9, 59:18, | **religious**<br>53:13 | 5:9, 7:6, 7:8,<br>12:20, 16:14, | 21:13, 44:7<br>**room** |
| 70:12, 71:16,<br>72:3 | **remember**<br>44:9, 73:10 | 17:9, 17:11,<br>17:13, 17:14, | 48:8<br>**rose** |
| **reason**<br>30:2 | **remind**<br>58:5 | 17:20, 23:19,<br>27:9, 27:11, | 14:3, 60:13,<br>63:16, 63:19 |
| **receive**<br>40:15, 40:16, | **removed**<br>72:19 | 28:16, 30:16,<br>37:3, 37:9, | **route**<br>70:15 |
| 45:2, 58:5,<br>59:15, 59:19, | **renewing**<br>53:8 | 38:9, 39:18,<br>39:20, 40:2, | **rows**<br>37:3 |
| 60:9 | **reoccurring**<br>35:8 | 41:8, 41:18,<br>43:3, 46:15, | **rs**<br>71:5 |
| **received**<br>56:13 | **repent**<br>55:10 | 46:22, 47:2,<br>47:5, 48:5, | **rulebook**<br>57:10 |
| **recent**<br>28:11 | **reporters**<br>21:19 | 48:10, 48:14,<br>49:17, 51:17, | **running**<br>11:2, 11:4, |
| **recipe**<br>54:16 | **reservations**<br>68:15 | 53:5, 60:2,<br>62:4, 62:17, | 11:5, 11:6,<br>11:8, 11:9, |
| **recipients**<br>40:6, 40:7 | **resident**<br>34:20 | 64:14, 66:16,<br>67:10, 67:13, | 11:10, 11:11,<br>11:14, 62:21 |
| **reconcile**<br>63:6 | **resignation**<br>25:10 | 67:15, 68:3,<br>68:7, 68:14, | **running-**<br>11:13 |
| **reconsider**<br>29:14 | **respect**<br>30:14 | 68:17, 69:2,<br>69:8, 70:5, | **S** |
| **record**<br>74:3 | **respected**<br>29:16 | 71:2, 72:5,<br>72:8, 72:9, | **sacrificial**<br>60:6 |
| **recorded**<br>74:4 | **respecting**<br>31:13 | 72:13, 72:15,<br>73:9 | **sad**<br>30:7 |
| **recording**<br>73:19, 74:6 | **rest**<br>6:18 | **righteous**<br>59:11 | **safe**<br>69:1 |
| **recouping**<br>67:17 | **restored**<br>63:21 | **righthand**<br>14:18 | **said**<br>5:18, 5:21, |
| **redeem**<br>63:7 | **resurrected**<br>64:5 | **ring**<br>9:19, 9:21, | 6:8, 12:18, |
| **reflect**<br>55:8 | | | |

LUADMINREC000444

Transcript of Campus Community at Liberty University
Conducted on August 26, 2020                              40

12:19, 25:14,
26:10, 28:19,
29:15, 74:4
**sails**
21:1
**saints**
14:11, 14:22,
15:4
**sake**
63:10
**salvation**
40:15, 63:10
**same**
19:8, 19:9,
19:10, 19:11,
19:12, 22:12,
39:13, 61:6
**sang**
15:16, 34:3,
39:2
**santa**
47:14
**sat**
5:16
**satisfied**
27:2
**save**
59:14
**saved**
47:16
**savior**
13:15, 40:13,
60:3
**saw**
4:21, 14:12,
29:12, 31:3,
33:16, 63:9
**say**
2:4, 6:21,
8:17, 19:8,
20:14, 20:18,
20:19, 26:5,
26:12, 28:13,
28:17, 30:17,
31:21, 31:22,
33:17, 35:17,
37:22, 39:4,
39:7, 39:21,

42:15, 43:21,
44:4, 44:17,
45:10, 45:12,
45:17, 46:2,
46:13, 50:22,
51:8, 51:15,
51:18, 52:10,
55:11, 55:13,
56:17, 56:22,
57:5, 57:11,
57:14, 58:7,
59:4, 59:7,
59:13, 59:20,
60:3, 72:8,
73:15
**saying**
27:19, 27:20,
28:14, 45:1
**says**
19:2, 31:22,
33:16, 39:21,
44:17, 44:19,
45:17, 46:13,
51:12, 52:4,
53:3, 54:11
**scaffolding**
65:9
**school**
5:10, 22:5,
22:6, 22:7, 41:1
**scott**
50:9, 50:11
**scripture**
19:2, 20:19,
39:20, 39:21,
44:6, 47:21,
51:12
**scroll**
14:17, 14:19,
15:2
**sea**
9:10
**sealed**
13:17
**seals**
15:2
**season**
2:20, 10:22,

18:14, 24:18,
66:2
**seat**
6:10, 21:9
**seated**
3:1
**seats**
48:4
**second**
3:21, 18:5,
47:4, 57:4,
65:15
**secret**
32:4
**see**
4:12, 4:14,
5:22, 6:4, 6:10,
6:20, 7:2, 8:3,
8:14, 9:5,
13:14, 16:8,
18:16, 19:2,
27:11, 35:14,
36:4, 37:22,
40:14, 40:16,
43:15, 47:8,
47:20, 52:4,
54:2, 54:3,
65:8, 66:2,
70:19, 73:11,
73:16
**seeing**
55:9
**seek**
16:5
**seemed**
64:17
**seems**
58:17
**seen**
39:2
**sees**
47:22
**semester**
31:1, 31:19,
50:7
**send**
68:4, 68:5
**sending**
7:18

**senior**
22:4
**seniors**
5:11
**sense**
39:15, 43:7,
45:7, 50:21,
51:20, 57:21
**sensitive**
70:20
**sent**
14:16
**separation**
42:15
**series**
24:15, 24:22,
25:2, 31:19
**seriously**
50:2, 51:15
**sermon**
23:15, 24:15
**serve**
4:17, 33:10,
70:11, 70:16
**serving**
15:6, 66:6
**session**
35:1
**set**
37:18, 53:19
**sets**
54:13
**settings**
36:20
**seven**
14:14, 14:15
**several**
29:9
**shadow**
12:10
**shake**
4:22
**shall**
8:22, 9:10,
14:9, 14:10,
44:17, 45:17,
56:17, 64:2
**shame**
52:1, 61:16

LUADMINREC000445