# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Jerry L. Falwell, Jr.**

vs.

**Liberty University, Inc., et al.**

Action No:   6:23CV00011
Date:   February 1, 2024
Judge:   Robert S. Ballou
Court Reporter:   Lisa Blair
Deputy Clerk:   Carmen Amos

Plaintiff Attorney(s)
Vernon E. Inge, Jr.
Robert N. Drewry

Defendant Attorney(s)
Scott C. Oostdyk
Andrew F. Gann, Jr.

Also Present:
Plaintiff Jerry Falwell, Jr.
&
David Corry, General Counsel for Liberty University

**PROCEEDINGS:**
Parties present via ZoomGov video-conference for a hearing on Dkt. 35 – Motion to Dismiss Liberty University, Inc.'s Counterclaim, filed by Plaintiff/Counterclaim Defendant Jerry L. Falwell, Jr. Arguments heard. Order forthcoming.

The Court directs Mr. Inge to circulate a proposed order to Mr. Oostdyk regarding dismissal of Count 2.


Time in Court:   2:01 – 3:15 p.m.   (1 hour, 14 minutes)