IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| JERRY L. FALWELL, JR.<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>LIBERTY UNIVERSITY, INC., et al.<br><br>Defendant/Counterclaim Plaintiff. | Civil Action No. 6:23cv00011 |

## LIBERTY UNIVERSITY, INC.'S NOTICE
## OF AMENDED PLEADING IN RELATED MATTER

Liberty University, Inc., by counsel, submits to this Court this update on the state court proceeding entitled *Liberty University, Inc. v. Falwell*, Case No. Case No. CL21000354-00. On February 16, 2024, the Circuit Court of the City of Lynchburg entered an order, attached hereto as Exhibit A, that granted Liberty University, Inc.'s Motion for Leave to File its Third Amended Complaint. This Third Amended Complaint pleads the remedy of rescission. A copy of the operative Third Amended Complaint is attached to the Court's order.

Dated: February 23, 2024

Respectfully submitted,

LIBERTY UNIVERSITY

/s/ Scott C. Oostdyk
Scott C. Oostdyk (VSB # 28512)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
(804) 775-1000
(804) 775-1061 (facsimile)
soostdyk@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of February, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send a true and correct copy to all counsel of record.

/s/ Scott C. Oostdyk
Scott C. Oostdyk